UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| ZALE, JOSEPH S. | § § | Case No. 10-10949 |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
DIrksen Federal Building
219 S. Dearborn St.
Room 713
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/04/2013 in Courtroom 680,
United States Bankruptcy Court
219 S. Dearborn
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/25/2013     By: _____

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
ZALE, JOSEPH S. §  Case No. 10-10949
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 50,005.75 |
| and approved disbursements of | $ | 914.44 |
| leaving a balance on hand of[1] | $ | 49,091.31 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ 5,750.29 | $ 0.00 | $ 5,750.29 |
| Attorney for Trustee Fees: DiMonte & Lizak, LLC | $ 20,000.00 | $ 0.00 | $ 20,000.00 |
| Attorney for Trustee Expenses: DiMonte & Lizak, LLC | $ 22.58 | $ 0.00 | $ 22.58 |
| Accountant for Trustee Fees: Lois West | $ 1,152.00 | $ 0.00 | $ 1,152.00 |
| Other: International Sureties, LTD. | $ 38.71 | $ 38.71 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 26,924.87 |
| Remaining Balance | $ 22,166.44 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 123,696.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PHARIA L.L.C. | $ 5,424.15 | $ 0.00 | $ 972.01 |
| 000002 | American InfoSource LP as agent for Citibank N.A. | $ 7,014.11 | $ 0.00 | $ 1,256.93 |
| 000003 | Chase Bank USA, N.A. | $ 7,146.74 | $ 0.00 | $ 1,280.70 |
| 000004 | Chase Bank USA, N.A. | $ 4,985.94 | $ 0.00 | $ 893.48 |
| 000005 | PYOD LLC its successors and assigns as assignee of | $ 869.50 | $ 0.00 | $ 155.81 |
| 000008 | Harris N.A. | $ 98,255.99 | $ 0.00 | $ 17,607.51 |

Total to be paid to timely general unsecured creditors      $ 22,166.44
Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 740,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006A | Sharon Zalewski | $ 200,000.00 | $ 0.00 | $ 0.00 |
| 000006B | Sharon Zalewski | $ 480,000.00 | $ 0.00 | $ 0.00 |
| 000007 | Sharon Zalewski, Administrator for the Estate of S | $ 60,000.00 | $ 0.00 | $ 0.00 |

    Total to be paid to subordinated unsecured creditors    $ 0.00

    Remaining Balance    $ 0.00

Prepared By: /s/

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                  Case No. 10-10949-CAD
Joseph S. Zale                                                          Chapter 7
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: cgreen                 Page 1 of 4                  Date Rcvd: Oct 28, 2013
                               Form ID: pdf006              Total Noticed: 158


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 30, 2013.
db           +Joseph S. Zale,    1413 W. Belle Plaine Ave.,    Chicago, IL 60613-1901
aty          +DiMonte & Lizak, LLC,    216 West Higgins Road,    Park Ridge, IL 60068-5706
15700291      AOM Elk Grove,    805 Mark St,    Elk Grove Village, Il 60007-6705
15699951     +Adams Kanas,    6139 W Belmont Ave,    Chicago, Il 60634-5162
15699952     +Alejandro Ortega Flooring,    7330 24th Avemue,    Kenosha, WI 53143-5255
15699953     +Alex Mendoza,    2512 10th Street,    Waukegan, Il 60085-7050
15699955     +Amcore Bank NA,    1210 S Alpine Rd,    Rockford, IL 61108-3946
15254132     +Amcore Bank, NA,    Stitt Klein Daday Aretos Giampietro LLC,    2550 W Golf Rd Ste 250,
               Rolling Meadows, IL 60008-4014
15700029     +American Family Insurance Group,    6000 American Parkway,    Madison, WI 53783-0002
15700030     +Anthony's Decorating,    Richard Tomassetti,    1307 Cedar Lake Rd,    Round Lake, Il 60073-1803
15700031     +Antoni Mucha,    3415 N Pioneer,    Chicago, Il 60634-2827
15700294     +B&M Construction,    William M Long,    30 Cedar Avenue Apt 8,    Lake Villa, Il 60046-9029
15700295     +Baltazar Gomaz Carpet's,    Baltazar Gomez,    245 New Home Lane,    Round Lake, Il 60073-3629
15700296      Beaulieu Residential,    Dept 0896,    P O Box 120896,    Dalton, GA 30722-1248
15700297     #+Belmondo,    129 Seegers Ave,    Elk Grove Village, Il 60007-1614
15700298     +Boxleitner Knopf & Company,    701 Lee Street Ste 802,    Des Plaines, Il 60016-4550
15700299     +Bradley Smith,    1231 N Fairfield,    Round Lake, Il 60073-2308
15700300     +Brandon Merriff,    42137 4th Ave,    Antioch, Il 60002-8292
15700301     +Bret O'Brien Services,    Bret O'Brien,    231 Berkshire,    Lake Villa, Il 60046-5051
15700302     +Burnett Floor Covering,    Corey Burnett,    313 California,    Mundelein, Il 60060-2007
15254133      Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
15254136      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
15254135     +Chase,    ATTN: Home Equity Loan Servicing,    P.O. Box 24714,    Columbus, OH 43224-0714
15254134     +Chase,    P.O. Box 78420,    Phoenix, AZ 85062-8420
15737228      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15700303     +Chicago Floorcovering Association,    799 E Roosevelt Rd Ste 4-010,    Geln Ellyn, Il 60137-5907
15254137     +Chrysler Financial Services Americas LLC,    fka DaimlerChrysler Financial Svcs Amer,
               Riezman Berger PC,    7700 Bonhomme 7th Floor,    St Louis, MO 63105-1960
15254138      Citi Cards,    c/o Customer Service,    Box 6000,    The Lakes, NV 89163-6000
15700305      Country Mutual Insurance Co,    P O Box 2100,    Bloomington, Il 61702-2100
15700306     +Crown Flooring Sebastian,    2624 W Vermont Ave,    Waukegan, Il 60087-3648
15700307     +Curts Carpet Service,    Curt Fruend,    660 Anita,    Antioch, Il 60002-1812
15700308     +D&D Carpet,    Mike Halstead,    1737 Maricopa Dr #D,    Oshkosh, WI 54904-8282
15700309     +Daves Carpet Service,    Dave Tratnik,    7605 Redwood,    Crystal Lake, Il 60014-8138
15700310      Debbie Johnson,    364 Harber Ct,    Northlake, Il 60164
15700311     +Edwin O Rivera,    Rivera Installations,    1230 N Fairfield Rd,    Round Lake Beach, Il 60073-2309
15700313     +Exclusive Carpet Service,    7714 Pheasant Rd,    Wonder Laek, Il 60097-9220
15700315     +FGD Construction,    Flaviu G Dobra,    3806 W Belle Plaine Ave,    Chicago, Il 60618-1935
15700314     +Fernando Mora Installation,    616 N 4th Ave,    Maywood, Il 60153-1124
15700316     +Flooring Pro Installation,    Jason Carson,    590 Exmoor Rd,    Elk Grove Village, Il 60007,
               129 Seegers Ave,    Elk Grove Villege, Il 60007-1614
15700488     +Floors & Much More Inc,    Mike Anderson,    36295 N Mill Ct,    Gurnee,Il 60031-1313
15700489     +Floors U Walk On,    Tommie P Potochynok,    211 Waterbury Circle,    Lake Villa, Il 60046-9064
15700490     +Frank Morley,    760 Main Street,    Antioch, Il 60002-1331
15700492      Future Foam,    P O Box 1014,    Omaha, NE 68101-1017
15700496     +GL Carpet Service,    Eugeniusz Lobrow,    7604 W Lawrence #2A,    Harwood Heights, Il 60706-3442
15700493     +Garry Miles Flooring,    Garry Miles,    85 Lawrence,    Fox Lake, Il 60020-1312
15700494     +Gary L Kriete,    615 Virginia Road #301,    Crystal Lake, Il 60014-7972
15700495      Gerstung Installation,    Derek Gerstung,    35201 N Peterson Avenue,    Round Lake, Il 60073
15700497     +Grzegorz Slowik,    6117 W Roscoe St,    Chicago, Il 60634-4146
15700498     +Gurrero Construction Co Inc,    24144 W Grand Avenue,    Lake Villa, Il 60046-5701
15254141     +HSBC Business Solutions,    P.O. Box 5229,    Carol Stream, IL 60197-5229
16092356     +Harris N.A.,    c/o Stitt, Klein, Daday, et a.,    2550 W. Golf Rd. Suite 250,
               Rolling Meadows, IL 60008-4014
15700499     +Herregan Distributors Inc,    CM 9593,    Saint Paul, MN 55170-0001
15700500     +Herrera Services Inc,    5942 S Whipple St,    Chicago, Il 60629-2517
15254139     +Home Depot,    PO Box 689147,    Des Moines, IA 50368
15700502      Host Racine Industries Inc,    1405 Sixteenth Street,    P O Box 1648,    Racine, WI 53401-1648
15700503     +Hristo Canev Benev Installation,    Hristo C Benev,    2620 W Berwin Ave,    Chicago, Il 60625-3369
15700596     +JT and Sons,    Anthony Evans,    38759 N Broadway Ave,    Antioch, Il 60002-7710
15700505     +James Miller Services,    39W436 Old Burlington Rd,    Saint Charles, Il 60175-8503
15700586      James Stevens & Daniels,    1283 College Park Dr,    Dover, De 19904-8713
15700587     +Jeffrey Bronder,    910 Main St,    Antioch, Il 60002-1569
15700588     +Jerzy Krazak Services,    2231 N Neva,    Chicago, Il 60707-3208
15700589     +Joe Hemzacek,    8055 S Wayland Dr,    Oak Creek, WI 53154-2826
15700590     +Joe Skozen,    28 N Lake,    Fox Lake, Il 60020-1610
15700591     +John Hutchinson,    39095 Delaney,    Wadsworth, Il 60083-9513
15700592     +Jorge Baez Installations,    Jorge Baez,    217 Highmoor Dr,    Round Lake Park, Il 60073-3405
15700593     #+Jorge Maldonado Installation,    511 E Fullerton Ave,    Glendale Heights, Il 60139-2536
15700594      Jose Padilla Installation,    1920 57th St #4,    Kenosha, WI 53140-3856
15700595      Joseph Sherman,    37202 N Lake Shore Dr,    Lake Villa, Il 60046
15700597     +Julia Kapugi-Zalewski,    2 East Berkshire Lane,    Mount Prospect, Il 60056-3824
15254142      Juniper,    c/o Card Services,    P.O. Box 8802,    Wilmington, DE 19899-8802
```

```
District/off: 0752-1          User: cgreen              Page 2 of 4            Date Rcvd: Oct 28, 2013
                              Form ID: pdf006           Total Noticed: 158


15700598     +Ken Marre,    26640 W Benes Rd,    Antioch, Il 60002-9708
15700599     +Kleat Anthony Tomassetti,    1307 Cedar Lake Rd,    Round Lake, Il 60073-1803
15700600     +L & R Installations,    Lee Richards,    17660 Route 173,    Wadsworth, Il 60083-9789
15700601      Labor Law Poster Service,    5859 W Saginaw Hwy #343,    Lansing, MI 48917-2460
15700602     +Leon Marsceau,    600 Crab Tree Ct,    Lindenhurst, Il 60046-7531
15700604     +Lifestyle Ceramics,    Joseph Sherman,    37282 N Lakeshore Dr,    Lake Villa, Il 60046-7378
15700605     +Lindenhurst Lake Villa,    Chamber of Commerce,    P O Box 6075,    Lake Villa, Il 60046-6075
15700606      Liturgical Publications Inc,    P O Box 510817,    New Berlin, WI 53151-0817
15700607     +Lockwood Flooring,    8249 Brentwood Ind Drive,    Saint Louis, MO 63144-2814
15700611     +MB Construction company,    Mirko Bogojevic,    2259 N Essex Lane,
               Round Lake Beach, Il 60073-4165
15700610     +Mayfield Installations,    James Mayfield,    36169 N Frances,    Ingleside, Il 60041-8506
15254143     +McDonald Hopkins, LLC,    300 N. LaSalle St.,    Ste. 2100,    Chicago, IL 60654-3474
15700612     +McFloors,    Jim McGovern,    2594 Vineyard,    Round Lake, Il 60073-4815
15700613     +Michael J Carso,    103 Tara Lane,    West Chicago, Il 60185-4935
15700654     +Mike Bockhorst,    27045 Grass Lake Rd,    Antioch, Il 60002-7100
15700655     +Mike Stanley Installations,    603 Geddes,    Winthrop Harbor, Il 60096-1242
15700656     +Monroy Flooring,    Luis Monroy,    4825 N Central Park,    Chicago, Il 60625-5603
15700658     +Norman Lehner,    37353 Cremona,    Lake Villa, Il 60046-7730
15700659     +Oleh Beker Installations,    Oleh Beker,    18713 W Ash Dr,    Lake Villa, Il 60046-7451
15700660     +Pat Weglarz Services DBA,    Patrick Weglarz,    4118 W 31st Street,    Chicago, Il 60623-4801
15700661     +Patino Hardwood Floors,    253 N Liberty St,    Elgin, IL 60120-4468
15700662     +Patrick O’Shea,    1017 Bishop,    Antioch, Il 60002-1501
15700663     +Paul A Zalewski,    2 East Birkshire,    Mount Prospect, Il 60056-3824
15701863     +Pederson Services,    Thomas J Pederson,    P O Box 886,    Island Lake, Il 60042-0886
15701864     +Pete’s Flooring,    Peter Woolford,    4207 S Street,    McHenry, Il 60050-5352
15701865     +Peter Eukovich Services,    416 Center Lane,    Round Lake Park, Il 60073-3616
15701866     +Phillip Scaccia,    105 S Main Street,    Algonquin, IL 60102-2636
15701867     +Point Flooring Install & Repairs,    Norman Jake Point,    1917 Lotis,
               Round Lake Heights, Il 60073-1121
15701868     +Posejpal Hardwood Flooring,    13629 Dutch Road,    Kings, Il 61068-4534
15701870     +R & J Flooring,    Roger Box,    901 Corey Lane #120,    Wheeling, Il 60090-5346
15701872     +R & T Contracting,    Raymond Salerno,    4905 25th Ave,    Kenosha, WI 53140-5834
15701871     +R & T Grout Inc,    Terry Hunt,    426 Meadowhill,    Round Lake, IL 60073-3725
15701873     +R G Services,    52 Cemetary Rd,    Pisgah Forest, NC 28768-9647
15701874     +Randy Lassiter Flooring,    12609 W Blossom,    Waukegan, Il 60087-1942
15701875     +Richard Dohr Company,    Richard L Dohr,    11126 270 th Ave,    Trevor, WI 53179-9685
15701876      Richard Henderson,    17 N Pistakee Lake Rd,    Fox Lane, Il 60020
15701877     +Richard Wilson,    109 W Willow Road,    Round Lake, Il 60073-3491
15701878     +Robert Altmann Services,    35634 N Frankiln Ave,    Ingleside, Il 60041-9265
15701879     +Robert Zalewski,    1784 E Woodbury Rd,    Pasadena, CA 91104-1539
15701880     +Robert’s Flooring,    Robert Vance,    274 Quail,    Genoa City, WI 53128-2512
15254144    #+Roger Hutchinson,    9031 W. 151st Street,    Ste. 203,    Orland Park, IL 60462-6563
15254145     +Russell Kofed, ESQ,    525 W. Monroe,    Ste. 2360,    Chicago, IL 60661-3720
15701893     +SLS Flooring,    Steven Steurer,    27581 N Hickory St,    Island Lake, Il 60042-8407
15701883      Sam’s Club Business Member,    P O Box 530942,    Atlanta, GA 30353-0942
15701884     +Samuel Sanchez dba Sam’s Carpet,    327 LeMoyne Ave,    North Lake, IL 60164-2608
15701885     +Sanel & Lzudin Hadzizulfic,    850 Cherry Valley Road Apt 101,    Vernon Hills, Il 60061-2617
15701887     +Servando Salazar,    2306 Birch Lane,    Rolling Meadows, Il 60008-3404
15254146     +Sharon Zalewski,    c/o Joel A Schechter,    53 W Jackson Blvd Ste 1522,    Chicago IL 60604-3761
16087072     +Sharon Zalewski, Administrator for the Estate of S,    c/o Joel A. Schechter,
               53 West Jackson Blvd, Suite 1522,    Chicago, IL 60604-3761
15701889     +Shaw Law LTD,    33 N County Street Ste 300,    Waukegan, Il 60085-4322
15701890      Shaw Surburban Media,    P O Box 250,    Crystal Lake, Il 60039-0250
15701892     +Silverstri Service,    Daniel Silvestri,    1019 Arbor Ct,    Mount Prospect, Il 60056-4475
15701894      Southwind Carpet Mills,    P O Box 3577,    Dalton, GA 30719-0577
15701895     +Stacy Selenak,    13108 W Chaplin,    Wadsworth, Il 60083-8621
15701896     +Stan Savage,    11 Hellios Ct,    Fox Lake, Il 60020-1659
15701897     +Steve Coles Construction,    P O Box 292,    Long Grove, Il 60047-0292
15701898      Steve Serbo,    3349 Herman Ave,    Antioch, Il 60002
15701899     +Suburban Floor Crafters Inc,    140 Shepard Ave Unit G,    Wheeling, Il 60090-6072
15701900     +Sun Magic,    Jim Thuesen,    10729 75th St,    Kenosha, WI 53142-7878
15701901     +TSA Floor Covering,    Attn Kevin Bur,    23335 124th Place,    Trevor, WI 53179-9423
15701902     +Tim Belmonti,    824 E Rockman Rd,    Libertyville, IL 60048-3358
15701903     +Tom Schulze,    4315 Roverside Dr,    Crystal Lake, IL 60014-2409
15701904     +Troy Daly Installations,    Troy Daly,    269 Woodland,    Mount Prospect, Il 60056-1936
15701905     +Two Guys Flooring,    Eric Lawrence,    10324 Mayre,    Naperville, Il 60564-8081
15701906     +Valpav’s Inc,    Hristo Biniv,    7431 W Lyons St,    Morton Grove, Il 60053-1157
15701999     +Ventura’s Floor Installations,    Salvador Ventura,    4159 W Oglesby Ave,    Gurnee, Il 60031-3332
15702000     +Vericore,    10115 Kincey Ave Ste 100,    Huntersville, NC 28078-6482
15702001     +Verona Inc,    581 W Galeton Dr,    Round Lake, Il 60073-5605
15702002     +Victor Garcia Flooring,    Victor Garcia,    724 E Rand Grove,    Palatine, Il 60074-2345
15702003     +View Construction,    Wesley Blach,    5466 West Foster,    Chicago, Il 60630-2230
15702004     +Village of Lake Villa,    65 Cedar Avenue,    Lake Villa, Il 60046-9072
15702005    #+Waste Management,    Attn Billing Dept,    1411 Opus Place Ste 400,    Downers Grove, Il 60515-1481
15702006     +William Morgenson,    dba Floors by William,    1011 Ringwood Rd,    McHenry, Il 60051-7629
15702007     +Wladyslaw Moskwa,    5 Oak Creek Drive Apt 3106,    Buffalo Grove, IL 60089-3714
15702008     +World Cup Inc,    485 Park Avenue,    Lake Villa, Il 60046-6547
15700653     +Zak Lane Installations,    350 Gelndale Lane,    Hoffman Estates, Il 60169-3247
```

```
District/off: 0752-1          User: cgreen              Page 3 of 4         Date Rcvd: Oct 28, 2013
                              Form ID: pdf006          Total Noticed: 158


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15700292      +E-mail/Text: g17768@att.com Oct 29 2013 01:26:31      AT&T,    P O Box 8100,
               Aurora, Il 60507-8100
17542510       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 29 2013 01:32:05
               American InfoSource LP as agent for Citibank N.A.,     PO Box 248840,
               Oklahoma City, OK  73124-8840
15725390       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 29 2013 01:30:28
               American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
               Oklahoma City, OK  73124-8840
15700293      +E-mail/Text: skuhlmann@atlaslift.com Oct 29 2013 01:26:27      Atlas Companies,
               5050 N River Road,    Schiller Park, Il 60176-1092
15700304       E-mail/Text: legalcollections@comed.com Oct 29 2013 01:28:38      ComEd,    Bill Payment Center,
               Chicago, Il 60668-0001
15699948       E-mail/Text: cio.bncmail@irs.gov Oct 29 2013 01:26:49      Internal Revenue Service,
               Mail Stop 5010-CHI,    230 S Dearborn St,    Chicago, Il 60604
15699950      +E-mail/Text: sdvorak@lakecountyil.gov Oct 29 2013 01:26:12      Lake County Collector,
               18 N County Street Room 102,    Waukegan, IL 60085-4361
15699949      +E-mail/Text: sdvorak@lakecountyil.gov Oct 29 2013 01:26:12      Lake County Collector,
               18 N County St,    Waukegan, Il 60085-4361
15700657      +E-mail/Text: bankrup@aglresources.com Oct 29 2013 01:26:22      Nicor Gas,   P O Box 2020,
               Aurora, Il 60507-2020
15684795      +E-mail/Text: bncmail@w-legal.com Oct 29 2013 01:27:44      PHARIA L.L.C.,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
16019261      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 29 2013 01:31:58
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
15701888       E-mail/Text: financialservicesbk@shawinc.com Oct 29 2013 01:26:25      Shaw Industries Inc,
               Financial Services Department,    P O Box 40,   Dalton, GA 30722-0040
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15700501*      Home Depot,   Credit Services,   P O Box 653002,   Dallas, TX 75265-3002
15701881*     +Roger Hutchinson,   9031 W 151st Street Ste 203,   Orland Park, Il 60462-6563
15699954     ##+Allen's Carpet Service,   Allen S Greenstein,   1740 A Robin,   Hoffman Estates, Il 60169-1132
15700312     ##+Erick Ramirez,   825 Long Lake Dr,   Round Lake, Il 60073-2440
15700491     ##+Franklin Associates,   645 N Michigan Ave Ste 500,   Chicago, IL 60611-2881
15254140      ##Home Depot,   Credit Services,   P.O. Box 653002,   Dallas, TX 75265-3002
15700504     ##+I Susan Harkless LLC,   205 W Randolph St Ste 1750,   Chicago, Il 60606-1895
15700603     ##+Lexco Tile & Service,   5915 52nd Street,   Kenosha, WI 53144-2236
15700608     ##+Lopez Tile,   Raul Lopez,   3505 Rock Parkway,   Waukegan, Il 60087-1412
15700609     ##+Manuel Franco,   695 Savanna Lane,   Crystal Lake, Il 60014-4577
15701869     ##+Pro Carpet Service,   Eric Martinez,   1218 N Idlewild Dr,   Round Lake, Il 60073-2543
15701882     ##+Ronald M Kocent,   607 N Division,   Harvard, Il 60033-2442
15701886     ##+Scott Heath Racing,   26175 W Spring Grove Rd,   Antioch, Il 60002-8244
15701891      ##Sikich LLP,   998 Corporate Blvd,   Aurora, Il 60502-9102
                                                                             TOTALS: 0, * 2, ## 12
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2013                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: cgreen              Page 4 of 4              Date Rcvd: Oct 28, 2013
                              Form ID: pdf006           Total Noticed: 158
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2013 at the address(es) listed below:
              Ira P Goldberg    on behalf of Trustee Robert B Katz, ESQ igoldberg@dimontelaw.com,
               jhutter@dimontelaw.com
              Joel A Schechter, ESQ    on behalf of Creditor Sharon   Zalewski joelschechter@covad.net
              Joel P Fonferko    on behalf of Creditor    Chase Home Finance, LLC ND-One@il.cslegal.com
              Jonathan N Rogers    on behalf of Creditor    AMCORE Bank, N.A. jrogers@skdaglaw.com
              Kathryn A Klein    on behalf of Creditor    Chrysler Financial Services Americas, L.L.C. f/k/a
               Daimler Chrysler Financial Services Americas, L.L.C. iln@riezmanberger.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert B Katz, ESQ    rkatztrustee@gmail.com,    rkatz@ecf.epiqsystems.com
              Robert R Benjamin    on behalf of Debtor Joseph S. Zale rrbenjamin@golanchristie.com,
               lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchrist
               ie.com;tstephenson@golanchristie.com
                                                                                             TOTAL: 8
```