IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Joseph S. Zale, | ) | Case No. 10-10949 |
| | ) | |
| Debtor. | ) | Judge Carol A. Doyle |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicants: **DiMonte & Lizak, LLC Counsel to Trustee ("D&L")**

Authorized to Provide
Professionals Services to: **Trustee**

Date of Order Authorizing Employment: **June 17, 2010 (effective May 26, 2010)**

Period for Which
Compensation is Sought: **May 26, 2010 through the close of the case**

Amount of Fees Sought: **$20,000.00[1]**

Amount of Expenses
Reimbursement Sought: **$22.58**

Total: **$20,022.58**

This is an _____ Interim Application     __X__ Final Application

If this is not the first application filed herein by the this professional, disclosures as to all prior
fee applications: N/A

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

---

[1] D&L has voluntarily reduced the fees it could have requested by over $6,800.00

The amount of fees and expenses paid to the Applicant to date of services rendered and expenses incurred herein is: N/A

Date:   September 25, 2013

Applicant:   _____ DiMonte & Lizak, LLC _____

By: _____ /s/ Ira P. Goldberg _____

Ira P. Goldberg
ARDC#: 6185512
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: 847-698-9600
Fax: 847-698-9623
Email: igoldberg@dimontelaw.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Joseph S. Zale, | ) | Case No. 10-10949 |
| | ) | |
| Debtor. | ) | Judge Carol A. Doyle |

## FIRST AND FINAL APPLICATION TO THE COURT OF DIMONTE & LIZAK, LLC, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE TRUSTEE

DiMonte & Lizak, LLC ("D&L"), counsel for Robert B. Katz, the trustee ("Trustee") in the above-referenced Chapter 7 proceeding, requests the entry of an order for allowance of final compensation in the amount of $20,000.00[1] and reimbursement of expenses of $22.58. In support thereof, D&L respectfully states as follows:

## I. NARRATIVE SUMMARY

1.     On or about March 15, 2010, Joseph Zale ("Debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code.

2.     Robert B. Katz is the duly appointed and acting Trustee of the estate of the Debtor.

3.     For the convenience of this Court and other parties in interest, summary sheets disclosing additional information, including, but not limited to the following, are attached hereto and incorporated herein as Exhibit **A**.

---

[1] D&L has voluntarily reduced the fees it could have requested by over $5,000.00. In this regard, many time entries have been adjusted to a zero rate and an additional reduction of over $2,300 was provided.

1

(a)   Previous requests, if any, for fees and expenses herein;

(b)   Previous awards, if any, of fees and expenses herein;

(c)   Disclosures related to professionals and para-professionals who have worked on this case;

(d)   Calculations of both the blended rates of the attorneys involved in this case as well as a separate calculation of the blended rates of both attorneys and para-professionals; and

(e.)   Disclosures regarding the financial condition of this estate ("Estate").

4.   The normal hourly rates charged by the principals, associates, and the legal assistants of D&L for the period covered by this application is as follows:

| | |
|---|---|
| Ira P. Goldberg (Developmental Partner) | $310.00-$330.00 |
| Rosanne Sitkowski (Paralegal) | $100.00 |

## II. CASE STATUS

5.   Professionals have been retained. The attorneys are Ira P. Goldberg and DiMonte & Lizak, LLC, as legal counsel for the Trustee. The accountant for this estate is Lois West and the accounting firm of Popowcer, Katten, Ltd.. The Trustee has administered about $50,000.00 in this case and after ordinary bank and bond charges, about $49,000.00 is on hand. The Trustee and his counsel were placed in the middle of a family feud, which along with certain financial issues that arose related to the Debtor's sister have resulted in increased costs to this estate.

## III. PROJECT SUMMARIES

6.   For the time period covered by this application D&L provided a wide variety of legal services to the Trustee. The services which were performed by D&L during such time period are categorized and described in detail on an itemized statement attached hereto and made part of as

2

Exhibit **B.** At the end of each category, there is a list, for each attorney or paraprofessional who worked on that matter, of the total number of hours (with dollar value) spent on that matter. The following is a statistical overview of the services performed by D&L for which it seeks compensation which includes the approximate hours expended by D&L, the approximate value of those services and the amount of fees previously received by D&L:

| Name of Services | Approximate | Value | Previous Hours (N/A) | Fees Previously Received (N/A) |
|---|---|---|---|---|
| 1. Case Administration | 3.2 hrs | $843.00 | N/A | N/A |
| 2. Creditors & Claims | 5.10 hrs | $1,090.00 | N/A | N/A |
| 3. Discovery & Investigation | 60.45 hrs | $17,601.00 | N/A | N/A |
| 4. Objection to Exemption Claim | 1.80 hrs | $558.00 | N/A | N/A |
| 5. Fee Petition | 6.2 hrs | $891.00 | N/A | N/A |
| 6. Closing of Case | 4.0 hrs | $1,320.00 | N/A | N/A |
| **TOTAL** | **80. 75 hrs** | **$22,303.00[2]** | **N/A** | **N/A** |

7.     The following is a factual summary of the services provided and in certain cases the results achieved from on or about May 26, 2010 through the anticipated closing of this case:

(a)     **Case Administration:** D&L expended 3.20 hours of time related to this category. The work in this category includes, but is not limited to, preparing and appearing on motions to retain counsel, an accountant, and corresponding with the Trustee and his paralegal about the status of the case. **Certain time entries related to this category of work were billed at a zero rate. Accordingly, the hourly billed rate for this category of work is under $264.00.** Detailed time

---

[2]See footnote 1.

3

entries related to the compensation sought for Case Administration are contained in Exhibit **B**.

(b)     **Creditors and Claims:** D&L expended 5.10 hours of time related to this category of work. The work in this category includes, but is not limited to, reviewing certain claims filed on ECF, primarily at no charge to the Estate, advising the Trustee to set a bar date at no charge to the Estate, reviewing the Debtor's amended schedules and reviewing certain claims of Sharon Zalewski, which were eventually subordinated to the general unsecured claims in this Estate. **Many time entries related to this category of work were billed at a zero rate. Accordingly, the hourly rate billed for this category is under $214.00.** Detailed time entries related to the compensation sought for Creditors and Claims are contained in Exhibit **B**.

(c)     **Discovery and Investigation:** D&L expended 60.45 hours of time related to this category of work. The work in this category includes, but is not limited to, investigating a potential avoidance action against Sharon Zalewski; negotiations concerning the business premises and worked out a deal with Sharon Zalewski; drafting a motion related to said settlement and obtaining court approval of same; among other things, this compromise saved the business premises from a tax sale and resulted in the payment of substantial funds to the Estate, furthermore as part of this deal, about $740,000.00 in claims were subordinated as against the settlement funds Sharon Zalewski paid into this Estate; discussing said settlement with the Estate's accountant, Lois West and with the Trustee; and follow up on issues regarding collection of funds from Sharon Zalewski. **Certain time entries related to this category of work were billed at a zero rate. Accordingly, the hourly rate billed for this category of work is under $292.00.** Detailed time entries related to the compensation sought for Discovery and Investigations are contained in Exhibit **B**.

(d)     **Objection to Exemption Claims:** D&L expended 1.80 hours of time related to this

4

category of work. The work in this category includes, but is not limited to, preparing an objection to the Debtor's exemption claim in the carpet company stock, presenting same to the court and obtaining an order providing any value over $1 in the stock would go the Estate. Detailed time entries related to the compensation sought for Objection to Exemption Claims are contained in Exhibit **B**.

(e)    **Fee Petitions:** D&L expended 6.20 hours of time related to this category of work. The work in this category includes, but is not limited to, the initial work on this first and final fee application. **Certain time entries related to this category of work were billed at a zero rate. Accordingly, the hourly rate billed for this category of work is under $144.00.** Detailed time entries related to the compensation sought for Fee Petitions are contained in Exhibit **B**.

(f)    **Closing of Case:** D&L has partially expended and anticipates expending at least 4 hours of time related to this category of work. The work in this category involves and is anticipated to primarily involve the following: 1) additional work related to this application and the presentation thereof; 2) discussions with the Trustee and parties in interest related to the closing of this case, and 3) appearances in court related to the closing of this case.[3] Detailed time entries related to the compensation sought for Closing of Case are contained in Exhibit **B**.

8.    All of the services referred to hereinabove were reasonably necessary to be performed in order that:

(a)    The interest of the estate and its creditors be adequately represented and defended; and

---

[3] D&L estimates it has or will expend over 4.0 hours of time related to this category of work. This category of work will likely exceed 4.0 hours. This is not a case where things have gone easily.

5

(b)     To maximize the recovery to this estate and its creditors.

### IV. <u>COMPUTATION OF COMPENSATION</u>

9.     The services performed from May 26, 2010 through the anticipated closing of this

case required and are anticipated to require a total time expenditure of over 80.75 hours on the

part of one or more of the principals, associates and legal assistants of D&L. The services which

D&L is seeking compensation are set forth with particularity at Exhibit **B.** Based on the nature,

the extent and value the services for which D&L is seeking compensation, the time spent on such

services and cost of comparable services other than those in the case under this title, such

services have a value of over $25,000, however D&L has voluntarily reduced the amount of fees

requested to $20,000.

### V. <u>EXPENSES</u>

11.     In addition, D&L incurred certain reasonable necessary additional expenses during

its representation of the Trustee in the amount of $22.58 (Tract searches: $14.00 and postage: $8.58)

(A file set up fee of $25.00 has been written off). See Exhibit **C**. Moreover, as an additional

overview for the court, D&L provides the following information respecting the method it uses to

record and charge various types of expenses:

(a)     **Telecopier Transmittals**: D&L does not charge for telecopier transmittals

unless they are extraordinary.

(b)     **Delivery Services:** Any persons wishing to engage either local messenger or

overnight services must fill out a delivery service slip, which requires the inclusion of client and

matter numbers. These slips are then sent to the D&L accounting department, where the data is

entered by client and matter number into the D&L computer. D&L's delivery charges are for actual

6

out-of-pocket expenses only.

        (c)   **Photocopying**: Photocopying may be accomplished in one of two ways at D&L. There are photocopying machines, controlled by computer key pads on every floor. Small copying jobs are not charged. For larger jobs, the person wishing to make copies bills it to the client and matter number to which the job must be charged. Large copying jobs are usually sent to an outside copy service. D&L traditionally charges 0.20¢ per page for photocopying. D&L has, if applicable, written down that charge to 0.10¢ per page herein.

        (d)   **Long distance telephone**: Long distance telephone calls are not charged unless extraordinary.

## VI. CERTIFICATION

    12.   D&L certifies that the Trustee has received and reviewed this application for compensation and reimbursement of expenses. D&L also certifies that the Trustee has approved this application.

## VII. SERVICE

    13.   This matter will be noticed for hearing along with the final report.

    **WHEREFORE,** D & L prays that an Order be entered respecting this application, after such notice and hearing as is required by the Court:

    (a)   Granting a first and final allowance of D&L respecting services first requested in this Application in the amount of $20,000.00 and reimbursement of expenses to D&L respecting expenses first requested in this Application in the amount of $22.48 (collectively, the "Allowance").[4]

    (b)   Authorizing and directing the Trustee to pay the Allowance; and

---

[4]See footnote 1.

(c)    Granting such other and further relief as this Court deems just and equitable.


Dated: August 26, 2013

                                    Respectfully Submitted,

                                    DiMonte & Lizak, LLC

                            By: /s/ Ira P. Goldberg
                                Ira P. Goldberg, One of its agents


Ira P. Goldberg (ARDC# 6185512)
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: (847) 698-9600
Fax: (847) 698-9623
Email: igoldberg@dimontelaw.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Joseph S. Zale, | ) | Case No. 10-10949 |
| | ) | |
| Debtor. | ) | Judge Carol A. Doyle |

## SUMMARY OF DIMONTE & LIZAK, LLC'S
## FEE APPLICATION AND ADDITIONAL DISCLOSURES

1.  Name of Applicant:                     DiMonte & Lizak, LLC

2.  Role of Applicant:                     Counsel for Trustee

3.  Name of Certifying
    Professional:                          Ira P. Goldberg

4.  Name of Person/Entity
    Reviewing Petition:                    Robert B. Katz, Trustee

5.  Result of Petition Review:             __X__ Approved _____ Disapproved

6.  Explanation of Disapproval:            Not Applicable

7.  Is Compensation Being
    Sought Pursuant to
    11 U.S.C. § 503(b)?                     _____ Yes __X__ No

8.  Terms of Employment                    Hourly rates/ 11 U.S.C. § 330, et seq.
                                           As per court order.

9.  Promised Payment:                      N/A

10. Source(s) of Compensation:             Monetary recoveries of the Estate.

11. Terms of Any Retainer:                 N/A

12. Applicable caps
    on compensation or
    other charges:                         N/A

**EXHIBIT A**

13. Is compensation being
    sought less than 120 days
    after the order for relief:                    ___Yes  _X_ No

14. Date and terms of order,
    if any, allowing shortened
    interval for fee petitions:                    N/A

15. Date of Fee Application:                        At final meeting

16. Dates of Services                               May 26, 2010 through
    Reimbursement Sought:                           and including the closing of this case

17. Total Gross Amount of
    Requested Professional
    Fees (from Exhibit B)                           $20,000.00

18. Remaining Non-Awarded
    Fee Retainer Received                           N/A

19. Remaining Non-Awarded
    Professional Fee Payments
    From Other Sources                              N/A

20. TOTAL "NET" AMOUNT
    OF REQUESTED
    PROFESSIONAL FEE                                $20,000.00

21. Total Gross Amount of Requested
    Reimbursement of Disbursements
    and Expenses (from Exhibit B)                   $22.58

22. Remaining Non-Awarded
    Cost Retainer Received                          $ N/A

23. Remaining Non-Awarded
    Other Cost Payments                             $ N/A

24. TOTAL "NET" AMOUNT
    OF REQUESTED
    DISBURSEMENT                                    $22.58

25. TOTAL NET REQUESTED
    AWARD (FEES & COSTS
    FOR FEE APPLICATION)                            $20,022.58

## CASE INFORMATION

| | | |
|---|---|---|
| 1. | Date Case Filed: | March 15, 2010 |
| 2. | Date of Order Approving Professional Employment: | June 17, 2010 (effective on May 26, 2010) |
| 3. | Date Services Commenced: | On or about May 26, 2010 |
| 4. | Date(s) and Source(s) of Retainer: | N/A |
| 5. | Total Amount of Fee Retainer Received: | N/A |
| 6. | Total Amount of Cost Retainer Received: | N/A |
| 7. | Date of Disclosure of Compensation (FRBP 2016): | N/A |
| 8. | Date Plan Filed: | N/A |
| 9. | Date Disclosure Statement Filed: | N/A |
| 10. | Expected Date of Plan Filing: | N/A |
| 11. | Expected Date of Disclosure Statement Filing: | N/A |
| 12. | Have All Quarterly Fees Been Paid to the United States Trustee?: Explanation: | N/A |
| 13. | Have all monthly operating reports been filed?: Explanation: | N/A |
| 14. | Cash on Hand | Approx. $49,000.00 |

15. Unencumbered Funds on Hand                    Approx. $49,000.00

16. Accrued Administrative Expenses                  $ Unknown

    a.    Attorney Fees
         and Expenses:               $ Unknown - Fee Applications Pending

    b.    DIP Obligations:              $ NONE

    c.    Accountants Fees
         and Expenses                $ Undetermined

    d.    Requested Chapter
         7 Trustee Fee               $ Undetermined

    e.    Chapter 11
         Trustee Fee                 $ N/A

    f.    Other:                       $ Total unknown

17. Total Prior Interim
     Professional Fees Awarded          $ N/A

18. Total Prior Interim
     Expenses Awarded:                  $N/A

19. Total Professional Fee
     Payments From Other Sources:       $N/A

    (a)    (Date: _____; $_____)

20. Total Cost Payments From
     Other Sources:                     $N/A

    (a)    (Date: _____; $_____)
    (b)    (Date: _____; $_____)

# EXHIBIT A - SUMMARY SHEET

| In Re: | ) |
|---|---|
| | ) Chapter 7 |
| Joseph S. Zale, | ) 10-10949 |
| | ) |
| | ) |
| Debtor. | ) Hon. Carol A. Doyle |
| | ) Bankruptcy Judge |

| | |
|---|---|
| Fees Previously Requested | $-0- |
| Fees Previously Awarded | $-0- |
| Expenses Previously Requested | $-0- |
| Expenses Previously Awarded | $-0- |
| Retainer Paid | $-0- |
| NAME OF APPLICANT: | DiMonte & Lizak, LLC |
| ROLE IN THE CASE: | Role in Case: Counsel for the Trustee |

| CURRENT APPLICATION: | |
|---|---|
| Fees Requested: | $20,000.00 |
| Expenses Requested: | $   22.58 |
| Total: | $20,022.58 |

## FEE APPLICATION

| NAMES OF PROFESSIONALS/ TOTAL APPLICATION PARAPROFESSIONALS | YEAR ADMITTED TO PRACTICE | RATE | HOURS BILLED | CURRENT APPLICATION |
|---|---|---|---|---|
| Total: | | | | |
| **ATTORNEYS** | | | | |
| Ira P. Goldberg (Developmental Partner) | 1983 | $310.00-$330.00 | 80.00 | $22,228.00 |
| Rosanne Sitkowski (Paralegal) | | $100.00 | 0.75 hrs | $75.00 |
| Total: | | | 80.75 | $22,303.00 |
| **Voluntary Reduction To:** | | | | $20,000.00[1] |
| **TOTAL BLENDED HOURLY RATE:** | | | | $247.68 |

[1]See footnote 1.

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

August 19, 2013

ROBERT KATZ, TRUSTEE
JOSEPH S ZALE BANKRUPTCY
53 W JACKSON BLVD  STE 1320
CHICAGO, IL  60604

Invoice# 0
Client# ZALEJ1      00001
Billing through  05/31/2013

---

## CASE ADMINISTRATION
## CHAPTER 7  10-10949
## JOSEPH S ZALE



| | | |
|---|---|---|
| Payments received since last invoice | | $0.00 |
| Balance brought forward | | $0.00 |

## PROFESSIONAL SERVICES

| Date | Init. | Description | Hours | | Amount |
|---|---|---|---|---|---|
| 05/28/2010 | IPG | Working on D&L retention Motion, affidavit and draft order(.60); working on draft retention Motion and draft order for the accountant(.50); review correspondence from L West regarding same(.10). | 1.20 | hrs. | 372.00 |
| 06/01/2010 | IPG | Continued work on Motion to Retain Accountant(.20) and Motion to retain Counsel, affidavit and draft order(.50). | 0.70 | hrs. | 217.00 |
| 06/02/2010 | IPG | Finalizing Motion to Retain Accountant(.20) and Motion to Retain Counsel(.20) for service and filing. | 0.40 | hrs. | 124.00 |
| 06/21/2010 | IPG | Reviewing three orders received via ECF regarding retention of professionals and claimed exemption in the stock and comparing those to the debtors schedules. No charge has been made for this time. | 0.40 | hrs. | 0.00 |
| 10/25/2010 | IPG | Review correspondence received from the Clerk of the Court concerning the discharge of the debtor being granted. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| 11/30/2011 | IPG | Confer with R Katz regarding status of case. | 0.10 | hrs. | 31.00 |
| 03/20/2013 | IPG | Confer with R Katz regarding his conversation with R Benjamin (debtor's counsel) regarding potential | 0.10 | hrs. | 33.00 |

ZALEJ1        ZALE, JOSEPH                                    Invoice#   0                    Page  2

motion by the debtor to abandon $2K due from
debtor's sister.

| IPG | 03/29/2013 | | 0.10 | 0.10 | 330.00 | 33.00 |
|---|---|---|---|---|---|---|
| 03/29/2013 | IPG | Confer with R Katz regarding case status and expected motion to abandon that may be filed by debtor's counsel | 0.10 | hrs. | | 33.00 |
| IPG | 04/12/2013 | | 0.10 | 0.10 | 330.00 | 33.00 |
| 04/12/2013 | IPG | Confer with R Katz regarding Motion to Compel Abandonment and related current representations by S Zalewski | 0.10 | hrs. | | 33.00 |

TOTAL PROFESSIONAL SERVICES                           $843.00

Billing Summary
Total professional services                    $843.00
Total of new charges for this invoice          $843.00


**Total balance now due**                    **$843.00**


IPG                          3.20      263.44        $843.00

                             3.20                    $843.00

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

August 19, 2013

ROBERT KATZ, TRUSTEE
JOSEPH S ZALE BANKRUPTCY
53 W JACKSON BLVD  STE 1320
CHICAGO, IL  60604

Invoice#   0
Client#   ZALEJ1      00002
Billing through   05/31/2013

---

**CREDITORS & CLAIMS**
**CHAPTER 7   10-10949**
**JOSEPH S ZALE**

| | |
|---|---|
| Payments received since last invoice | $0.00 |
| Balance brought forward | $0.00 |

PROFESSIONAL SERVICES

| Date | | Description | Hours | | Rate | Amount |
|------|------|-------------|-------|------|------|--------|
| IPG | 06/03/2010 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 06/03/2010 | IPG | Correspond with R Katz and A Boyle to set bar date(.20); review bar date notice and update file regarding same(.20). No charge has been made for this time. | 0.40 | hrs. | | 0.00 |
| IPG | 06/08/2010 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 06/08/2010 | IPG | Review Proof of Claim filed by Pharia and compared same to the schedules for a match concerning the account number. No charge has been made for this time. | 0.40 | hrs. | | 0.00 |
| IPG | 06/09/2010 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 06/09/2010 | IPG | Reviewing amended schedules filed today. | 0.40 | hrs. | | 124.00 |
| IPG | 06/14/2010 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 06/14/2010 | IPG | Review bar date notice and update file regarding same. No charge has been made for this time. | 0.20 | hrs. | | 0.00 |
| IPG | 06/16/2010 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 06/16/2010 | IPG | Correspond with R Katz regarding Amcore. | 0.20 | hrs. | | 62.00 |
| IPG | 06/17/2010 | | 0.10 | | 310.00 | 31.00 |
| 06/17/2010 | IPG | Review $7K claim by CitiCard and compared same to schedules. No charge has been made for this time. | 0.10 | hrs. | | 0.00 |
| IPG | 06/21/2010 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 06/21/2010 | IPG | Receive on ECF, print and review two claims from Chase bank totalling about $12K. No charge has been made for this time. | 0.20 | hrs. | | 0.00 |
| IPG | 08/23/2010 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 08/23/2010 | IPG | Review ECF notice of Resurgent claim and | 0.20 | hrs. | | 0.00 |

ZALEJ1     ZALE, JOSEPH                                              Invoice#   0                    Page  2

obtained and reviewed same. No charge has been
made for this time.

| IPG | 09/02/2010 | | 0.60 | 0.60 | 310.00 | 186.00 |
|---|---|---|---|---|---|---|
| 09/02/2010 | IPG | Reviewing potentially objectionable claims filed by S Zalewski on behalf of her mother's estate and on her own behalf(.40); correspond with R Katz regarding same(.20). | | 0.60  hrs. | | 186.00 |

| IPG | 02/23/2011 | | 0.40 | 0.40 | 310.00 | 124.00 |
|---|---|---|---|---|---|---|
| 02/23/2011 | IPG | Review motion to lift stay regarding Belle Plaine and checked schedules regarding same. | | 0.40  hrs. | | 124.00 |

| IPG | 11/11/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
|---|---|---|---|---|---|---|
| 11/11/2011 | IPG | Review file regarding claims and claims bar date. No charge has been made for this time. | | 0.20  hrs. | | 0.00 |

| IPG | 03/28/2013 | | 1.50 | 1.50 | 330.00 | 495.00 |
|---|---|---|---|---|---|---|
| 03/28/2013 | IPG | Confer with R Katz who wanted me to examine the S Zalewski claims 6 and 7 and the claim of Harris Bank claim 8(.10); review S Zalewski claims and related court order subordinating those claims to general creditors to the extent of the settlement proceeds paid in by S Zalewski(.50); review Harris claim to find out they are a successor to Amcore and checked schedules to verify this claim was valid(.50); drafted e-mail to R Katz advising how the S Zalewski claims should be treated and advising that the Harris claim was valid(.40) | | 1.50  hrs. | | 495.00 |

| IPG | 04/05/2013 | | 0.30 | 0.30 | 330.00 | 99.00 |
|---|---|---|---|---|---|---|
| 04/05/2013 | IPG | Review debtor's Motion to compel abandonment and to disallow claims 6 and 7(.20); correspond with R Benjamin regarding same(.10) | | 0.30  hrs. | | 99.00 |

TOTAL PROFESSIONAL SERVICES                    $1,090.00

Billing Summary
Total professional services          $1,090.00
Total of new charges for this invoice     $1,090.00


**Total balance now due**                **$1,090.00**


IPG                          5.10      213.73       $1,090.00

                             5.10                   $1,090.00

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

August 19, 2013

ROBERT KATZ, TRUSTEE
JOSEPH S ZALE BANKRUPTCY
53 W JACKSON BLVD  STE 1320
CHICAGO, IL  60604

Invoice#  0
Client#  ZALEJ1      00003
Billing through  05/31/2013

---

## GENERAL DISCOVERY & INVESTIGATION
## CHAPTER 7  10-10949
## JOSEPH S ZALE

| | |
|---|---|
| Payments received since last invoice | $0.00 |
| Balance brought forward | $0.00 |

PROFESSIONAL SERVICES

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/27/2010 | IPG | Reviewing correspondence from R Katz regarding potential avoidable transfer to Sharon Zalewski(.40); conferring with same(.20); reviewing file on line(1.00); drafting draft email to debtor's counsel making inquiries about potential assets(.40). | 2.00 hrs. | 620.00 |
| 05/28/2010 | IPG | Continued review of file regarding potential assets inclusive of potential avoidance power action(.80); finalize draft inquiry email to debtor's counsel regarding various matters requiring further documentation, information and details(.40). | 1.20 hrs. | 372.00 |
| 06/02/2010 | IPG | Reviewing file regarding Sharon Zalewski(.50); conferring with Don Morrison who I am now advised is her counsel in the stayed foreclosure action(.40); drafted email to same regarding case filing and potential avoidance action(.60). | 1.50 hrs. | 465.00 |
| 06/03/2010 | IPG | Received call from Sharon Zalewski and told her to do one of the following: a) contact a bankruptcy attorney and have him or her contact me, b) call me with Don Morrison, c) have Don Morrison provide me with authority to contact her---she ultimately provided me with a phone number for Jay Miller as related to some probate issues and also advised that he knew most of the background involved; reviewing file for attorneys to discuss the probate | 1.80 hrs. | 558.00 |

ZALEJ1      ZALE, JOSEPH                                          Invoice#   0                     Page 2

matter with, inclusive of R Hutchinson(.40) and left
message for same; conferring with Jay Miller,
probate counsel for Sharon Zalewski regarding the
case and my preliminary analysis and discussed
certain options(.40); follow up by pulling and
sending to Jay Miller the email to Don Morrison
and the schedules(.40); conferred with Roger
Hutchinson, at length, he represented a creditor in
the deceased mother's estate(.60).

| IPG | 06/04/2010 | | 0.90 | 0.90 | 310.00 | 279.00 |
|---|---|---|---|---|---|---|
| 06/04/2010 | IPG | Confer with R Benjamin regarding case status and outstanding inquiries(.20); confer with R Katz regarding same(.10); reviewing Cook County Recorder site regarding business property(.40); confer with L Causero regarding searches to be done on scheduled real estate(.20). | | 0.90 hrs. | | 279.00 |

| IPG | 06/07/2010 | | 0.40 | 0.40 | 310.00 | 124.00 |
|---|---|---|---|---|---|---|
| 06/07/2010 | IPG | Fielded an unsolicited call from Sharon Zalewski. | | 0.40 hrs. | | 124.00 |

| IPG | 06/09/2010 | | 0.30 | 0.30 | 310.00 | 93.00 |
|---|---|---|---|---|---|---|
| 06/09/2010 | IPG | Correspond with J Miller to forward amended schedules to same as it related to the Sharon Zalewski matter and the business property(.20); correspond with K Chamberlain regarding the real estate(.10). | | 0.30 hrs. | | 93.00 |

| IPG | 06/10/2010 | | 1.20 | 1.20 | 310.00 | 372.00 |
|---|---|---|---|---|---|---|
| 06/10/2010 | IPG | Working on outline of proposal to Sharon Zalewski regarding the real estate(.60); correspond with R Katz regarding same(.20); correspond with Jay Miller regarding a proposal to deal with the Commercial Property and the Stock(.40). | | 1.20 hrs. | | 372.00 |

| IPG | 06/21/2010 | | 0.10 | 0.10 | 310.00 | 31.00 |
|---|---|---|---|---|---|---|
| 06/21/2010 | IPG | Confer with R Katz regarding Sharon Zalewski and her potential retention of Joel Schecter. | | 0.10 hrs. | | 31.00 |

| IPG | 06/23/2010 | | 0.70 | 0.70 | 310.00 | 217.00 |
|---|---|---|---|---|---|---|
| 06/23/2010 | IPG | Received unsolicited call from S Zalewski who requested creditor lists (.10); follow up with emails to Jay Miller regarding:a) Sharon's need for counsel, b) resending schedules and amended schedules to him and Sharon(as a carbon copy), and c) tendering the Trustee's settlement proposal sent 6/10/10 to him and requesting the courtesy of a response(.50); receive another unsolicited call from S Zalewski and advised that she should retain bankruptcy counsel to respond to our settlement proposal(.10). | | 0.70 hrs. | | 217.00 |

| IPG | 06/30/2010 | | 0.40 | 0.40 | 310.00 | 124.00 |
|---|---|---|---|---|---|---|
| 06/30/2010 | IPG | Review appearance by Joel A Schechter and correspond with R Katz about my views on a potential settlement of the commercial real estate avoidance claims. | | 0.40 hrs. | | 124.00 |

| | | | | |
|---|---|---|---|---|
| IPG | 07/09/2010 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 07/09/2010 | IPG | Follow up regarding S Zalewski and the commercial property. | 0.10 hrs. | 31.00 |
| IPG | 07/12/2010 | | 0.50 | 0.50 | 310.00 | 155.00 |
| 07/12/2010 | IPG | Review correspondence regarding Sharon Zalewski and the offer we made to her on or about 6/20/10(.40); conferred with Joel Schechter who will advise if his client is interested in the property or will make a counterproposal or alternatively call me to discuss the options to resolve a potential avoidance action if she has no interest in buying the property(.10). | 0.50 hrs. | 155.00 |
| IPG | 07/14/2010 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 07/14/2010 | IPG | Reviewing file and correspond with R Benjamin, debtor's counsel, to inquire, among other things, if Sharon Zalewski is in possession of the commercial property. | 0.40 hrs. | 124.00 |
| IPG | 07/16/2010 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 07/16/2010 | IPG | Correspond with R Benjamin, counsel for the debtor, regarding inquiries of whether or not S Zalewski occupies the Carpet store at any time pre or post-petition. | 0.20 hrs. | 62.00 |
| IPG | 07/19/2010 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 07/19/2010 | IPG | Reviewing file and correspond with Joel Schechter regarding Sharon Zalewski and her intentions regarding the Carpet store. | 0.40 hrs. | 124.00 |
| IPG | 07/21/2010 | | 0.50 | 0.50 | 310.00 | 155.00 |
| 07/21/2010 | IPG | Review email from S Zalewski regarding court order providing that she pays $54K in fees to McDonald Hopkins(.20); drafted email to Joel Schechter inquiring about why she sent this to me(.10); pulled information from file regarding R Hutchinson and left message for same to inquire about this matter(.20). | 0.50 hrs. | 155.00 |
| IPG | 07/22/2010 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 07/22/2010 | IPG | Correspond with R Katz regarding S Zalewski and the claims of the estate for avoidance regarding the Commercial Building. | 0.40 hrs. | 124.00 |
| IPG | 08/03/2010 | | 1.00 | 1.00 | 310.00 | 310.00 |
| 08/03/2010 | IPG | Returned call to and discussed matter with J Schecter(.20); correspond with same concerning real estate tax sale(.20); review website for Lake County concerning $54K redemption amount(.40); correspond with R Katz regarding conversations with J Schecter(.20). | 1.00 hrs. | 310.00 |
| IPG | 08/04/2010 | | 2.20 | 2.20 | 310.00 | 682.00 |
| 08/04/2010 | IPG | Reviewing Target Property detail report with and without Lee Caruso who ordered same(.40); correspond with R Katz regarding Sharon Zalewski and the inquiries of Joel Schecter her counsel(.20); Reviewing file ascertain the possible range for an | 2.20 hrs. | 682.00 |

Case 10-10949   Doc 62   Filed 12/06/13   Entered 12/06/13 15:09:38   Desc Main
Case 10-10949   Doc 50   Filed 10/24/13   Entered 10/24/13 11:19:38   Desc
Supplement Attorney Fee App Exhibit B   Page 8 of 23

ZALEJ1        ZALE, JOSEPH                                            Invoice#   0                    Page   4

offer to counsel for S Zalewski to buy the estate's
interest in the Commercial Property(.40);confer
with R Katz regarding marching orders for
negotiations, if any(.20); drafted proposal to J
Schecter regarding potential compromise(.40);
research regarding stay issues and redemption
issues(.60).

| Date | | Description | Hours | | Rate | Amount |
|---|---|---|---|---|---|---|
| IPG | 08/09/2010 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 08/09/2010 | IPG | Review counterproposal from S Zalewski(.10); forward same to R Katz to inquire when he desires to discuss that matter(.10). | 0.20 | hrs. | | 62.00 |
| IPG | 08/10/2010 | | 2.20 | 2.20 | 310.00 | 682.00 |
| 08/10/2010 | IPG | Confer with R Katz regarding $40K counteroffer from Sharon Zalewski(.20); confer with J Schechter regarding same(.20); drafted counterproposal to J Schechter in accordance with our conversation(1.00); confer with R Katz regarding suggestion that we defer until after the bar date(.20); Reviewing further emails from J Schechter(.20); drafted counterproposal to J Schechter in response to his suggestion that we await the bar date(.40). | 2.20 | hrs. | | 682.00 |
| IPG | 08/11/2010 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 08/11/2010 | IPG | Correspond with J Schechter regarding anticipated counteroffer. | 0.10 | hrs. | | 31.00 |
| IPG | 08/13/2010 | | 1.00 | 1.00 | 310.00 | 310.00 |
| 08/13/2010 | IPG | Review correspondence from J Schechter regarding S Zalewski's proposal(.20); correspond with R Katz regarding same(.20); confer with R Katz regarding same(.20); drafted counterproposal to J Schechter(.40). | 1.00 | hrs. | | 310.00 |
| IPG | 08/19/2010 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 08/19/2010 | IPG | Reviewing file and drafted correspondence to Joel Schechter requested a response to the outstanding counterproposal. | 0.40 | hrs. | | 124.00 |
| IPG | 08/26/2010 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 08/26/2010 | IPG | Reviewing file and corresponding to counsel for S Zalewski about potential compromise. | 0.40 | hrs. | | 124.00 |
| IPG | 08/31/2010 | | 0.70 | 0.70 | 310.00 | 217.00 |
| 08/31/2010 | IPG | Reviewing file(.40) and drafted modified counteroffer to J Schechter to present to his client Sharon Zalewski regarding the Commercial Property(.30). | 0.70 | hrs. | | 217.00 |
| IPG | 09/01/2010 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 09/01/2010 | IPG | Discuss Sharon Zalewski matter with R Katz. | 0.10 | hrs. | | 31.00 |
| IPG | 09/02/2010 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 09/02/2010 | IPG | Reviewing file and follow up with J Schechter regarding settlement proposal. | 0.40 | hrs. | | 124.00 |
| IPG | 09/03/2010 | | 0.60 | 0.60 | 310.00 | 186.00 |
| 09/03/2010 | IPG | Correspond with J Schechter regarding S | 0.60 | hrs. | | 186.00 |

ZALEJ1        ZALE, JOSEPH                                        Invoice# 0                Page 5

Zalewski(.20); update file related to Commercial
Property(.20); review Amcore Proof of Claim as
related to potential to settle with S Zalewski(.20).

| IPG | 09/07/2010 | | | 1.10 | 310.00 | 341.00 |
|---|---|---|---|---|---|---|
| 09/07/2010 | IPG | Correspond with R Katz regarding my suggestions regarding potential settlement with S Zalewski (.10); Reviewing prior offer regarding S Zalewski and updating a proposal to J Schechter taking into account the filing of the Harris claim and the filing of the S Zalewski related claims(1.00). | 1.10 hrs. | | | 341.00 |

| IPG | 09/08/2010 | | | 0.50 | 310.00 | 155.00 |
|---|---|---|---|---|---|---|
| 09/08/2010 | IPG | Correspond with J Schechter regarding potential compromise(.50); left lengthy message for J Schechter regarding same (no charge for this portion of the entry). | 0.50 hrs. | | | 155.00 |

| IPG | 09/10/2010 | | | 0.40 | 310.00 | 124.00 |
|---|---|---|---|---|---|---|
| 09/10/2010 | IPG | Reviewing correspondence with J Schechter regarding S Zalewski and the Commercial Property to prepare to discuss same with J Schechter(.40); left lengthy voicemail message for same (no charge). | 0.40 hrs. | | | 124.00 |

| IPG | 09/10/2010 | | | 0.70 | 310.00 | 217.00 |
|---|---|---|---|---|---|---|
| 09/13/2010 | IPG | Reviewing file to prepare to talk with J Schechter(.50); confer with same regarding concerns over in the event of a deal putting the funds at risk for dissipation in pursuit of recoveries that would largely benefit S Zalewski and suggest possible solutions inclusive of retaining his office on a contingent basis to pursue Other Assets, having Sharon buy the Other Assets with a subordination to the other creditors or allowing monies from Other Assets to be first applied to reduce expenses related to generating the recovery from Sharon(.20). | 0.70 hrs. | | | 217.00 |

| IPG | 09/14/2010 | | | 0.60 | 310.00 | 186.00 |
|---|---|---|---|---|---|---|
| 09/14/2010 | IPG | Reviewing prior correspondence to J Schechter regarding potential compromise and updated same as per our recent discussions-he is to advise if the revised terms are acceptable to his office (1/3 contingency proposal regarding alleged transfer of Condo interests to the debtor's daughter) and to his client. | 0.60 hrs. | | | 186.00 |

| IPG | 09/15/2010 | | | 0.40 | 310.00 | 124.00 |
|---|---|---|---|---|---|---|
| 09/15/2010 | IPG | Reviewing docket, creditor lists and filed claims on line to determine potential shorted service list for anticipated compromise motion. | 0.40 hrs. | | | 124.00 |

| IPG | 09/15/2010 | | | 1.90 | 310.00 | 589.00 |
|---|---|---|---|---|---|---|
| 09/15/2010 | IPG | Correspond with J Schechter regarding potential compromise(.40); working on draft Motion and Order regarding potential compromise(1.50). | 1.90 hrs. | | | 589.00 |

ZALEJ1    ZALE, JOSEPH                                     Invoice# 0                    Page 6

| | | | | | |
|---|---|---|---|---|---|
| IPG | 09/17/2010 | | 1.90 | 1.90 | 310.00 | 589.00 |
| 09/17/2010 | IPG | Continued work on draft compromise Motion and Draft Agreed Order(1.50); drafted email to J Schechter, L West and R Katz concerning proposed Motion and Agreed Order(.40). | 1.90 hrs. | | 589.00 |
| IPG | 09/20/2010 | | 1.60 | 1.60 | 310.00 | 496.00 |
| 09/20/2010 | IPG | Continued work on draft settlement Motion and draft agreed order(.60); revise e-mail to J Schechter to forward same for his comments and for requested approval(.40); correspond with J Schechter, Lois West and the Trustee regarding tax issues Lois will look into(.40); correspond with R Benjamin who will confer with L West about issues concerning the debtor's tax basis in the Commercial Property(.20). | 1.60 hrs. | | 496.00 |
| IPG | 09/21/2010 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 09/21/2010 | IPG | Correspond with L West regarding potential deal with Sharon Zalewski(.30); correspond with J Schechter regarding same(.10). | 0.40 hrs. | | 124.00 |
| IPG | 09/22/2010 | | 0.70 | 0.70 | 310.00 | 217.00 |
| 09/22/2010 | IPG | Review message from J Schechter(no charge); review file related to business property(.10) and correspond with J Schechter to recommend that he simply send me the suggested tweaks to the draft compromise motion and proposed order(.10); confer with J Schechter regarding proposed tweaks to compromise motion(.10); revising Draft motion and order(.20); correspond with J Schechter regarding same(.20). | 0.70 hrs. | | 217.00 |
| IPG | 09/23/2010 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 09/23/2010 | IPG | Review email from J Schechter (.10) and correspond with same (.10). | 0.20 hrs. | | 62.00 |
| IPG | 09/24/2010 | | 1.40 | 1.40 | 310.00 | 434.00 |
| 09/24/2010 | IPG | Correspond with J Schechter regarding proposed Motion to Compromise and proposed Agreed Order(.50); reviewing and revising same and confer with D Becker regarding preparing same for service and filing(.60); correspond with L West regarding same(.10); correspond with J Schechter regarding revised pleadings and intent to file same on Monday(.10); correspond with R Benjamin and L West regarding tax issues that L West is discussing with John Brom(.10). | 1.40 hrs. | | 434.00 |
| IPG | 09/27/2010 | | 0.80 | 0.80 | 310.00 | 248.00 |
| 09/27/2010 | IPG | Finalize and file compromise Motion and proposed agreed order(.40); reviewing file and correspond with L West regarding potential compromise(.40). | 0.80 hrs. | | 248.00 |
| IPG | 09/28/2010 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 09/28/2010 | IPG | Review correspondence from J Schechter sending $25K initial payment to the Trustee(.10); Correspond with L West regarding same(.30). | 0.40 hrs. | | 124.00 |

ZALEJ1        ZALE, JOSEPH                                    Invoice# 0              Page 7

| | | | | | |
|---|---|---|---|---|---|
| IPG | 09/29/2010 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 09/29/2010 | IPG | Follow up with A Boyle regarding status of interim payment from S Zalewski. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| IPG | 10/01/2010 | | 0.50 | 0.50 | 310.00 | 155.00 |
| 10/01/2010 | IPG | Follow up with L West regarding proposed compromise(.20); conferring with L West regarding her initial thoughts that we will be fine from a tax standpoint visa via the proposed compromise(.20); correspond with A Boyle regarding request for a copy of any tax returns and providing same to L West(.10). | 0.50 | hrs. | 155.00 |
| IPG | 10/04/2010 | | 0.70 | 0.70 | 310.00 | 217.00 |
| 10/04/2010 | IPG | Conferred with A Boyle regarding tax returns which he will pull for L West(.40); reviewed correspondence regarding same from A Boyle(.10); corresponding with L West regarding same(.20). | 0.70 | hrs. | 217.00 |
| IPG | 10/05/2010 | | 1.30 | 1.30 | 310.00 | 403.00 |
| 10/05/2010 | IPG | Reviewing Recorder, Treasurer and Assessor websites regarding real estate(1.00); correspond with J Schechter regarding same(.10); correspond further with L West regarding S Zalewski settlement, all looks well and she will let me know prior to 10/19 if anything changes(.20). | 1.30 | hrs. | 403.00 |
| IPG | 10/06/2010 | | 0.80 | 0.80 | 310.00 | 248.00 |
| 10/06/2010 | IPG | Review e-mail from J Schechter regarding Condo(.10); reviewing file regarding Commercial Property(.50) and correspond with J Schechter related to same and how to draw the deed assuming court approval and clearance of remaining $25K payment(.20). | 0.80 | hrs. | 248.00 |
| IPG | 10/12/2010 | | 0.70 | 0.70 | 310.00 | 217.00 |
| 10/12/2010 | IPG | Review Agreed Order and forward same to J Schechter, with cover e-mail, for signature(.20); confer with R Sitkowski about deed and provided relevant documentation to same(.20); reviewing file regarding deed(.20); correspond with J Schechter regarding deed related issues(.10) assuming the settlement is approved. | 0.70 | hrs. | 217.00 |
| IPG | 10/14/2010 | | 1.00 | 1.00 | 310.00 | 310.00 |
| 10/14/2010 | IPG | Correspond with R Sitkowski about Trustee's deed and transfer declaration(.40); reviewing same and ready file for court on 10/19/10(.60). | 1.00 | hrs. | 310.00 |
| RMS | 10/14/2010 | | 0.75 | 0.75 | 100.00 | 75.00 |
| 10/14/2010 | RMS | Prepare Deed from Trustee to Zalewski, prepare State of Illinois Transfer Declaration. Check requirements for recording with the City of Lake Villa. | 0.75 | hrs. | 75.00 |
| IPG | 10/18/2010 | | 0.50 | 0.50 | 310.00 | 155.00 |
| 10/18/2010 | IPG | Confer with R Katz regarding case status(.10); initial preparation for court hearing on the proposed | 0.50 | hrs. | 155.00 |

Case 10-10949  Doc 62  Filed 12/06/13  Entered 12/06/13 15:09:38  Desc Main
Case 10-10949  Doc 56 Documentt 10/24/1Pge 22 nteof 38 10/24/13 11:19:38  Desc
Supplement Attorney Fee App Exhibit B  Page 12 of 23

ZALEJ1      ZALE, JOSEPH                                    Invoice# 0                    Page 8

compromise, regarding the Commercial Property, tomorrow(.40).

| | | | | |
|---|---|---|---|---|
| IPG | 10/19/2010 | | 2.20   2.20 | 310.00 | 682.00 |

| 10/19/2010 | IPG | Prepared for (1.00); met with Joel Schechter, Sharon Zalewski's counsel concerning( no charge) and appeared upon Motion to Compromise related to the commercial property(.50); confer with R Katz to verify that the next $25K could be paid in equal installments on or about 11/15/10 and 12/15/10(.10); drafted follow up regarding same to R Katz(.20) and J Schechter(.20); and noted all relevant dates and enter same on outlook(.20). | 2.20  hrs. | 682.00 |
|---|---|---|---|---|

| IPG | 10/20/2010 | | 0.20   0.20 | 310.00 | 62.00 |

| 10/20/2010 | IPG | Review entered order regarding Compromise received on ECF today and mark docket regarding payment that will be due to Sergio & Banks. | 0.20  hrs. | 62.00 |
|---|---|---|---|---|

| IPG | 10/28/2010 | | 0.20   0.20 | 310.00 | 62.00 |

| 10/28/2010 | IPG | Correspond with J Schechter regarding: a) whether he will take on the contingency matter as regarding the condo, b) the installment payments due, and c) whether the taxes have been redeemed. | 0.20  hrs. | 62.00 |
|---|---|---|---|---|

| IPG | 10/29/2010 | | 0.30   0.30 | 310.00 | 93.00 |

| 10/29/2010 | IPG | Review e-mail from Joel Schecter regarding Sharon Zalewski's desire to extend her payments over 5 months(.10); correspond to J Schecter regarding the fact that such a request does not appear to be acceptable(.20). | 0.30  hrs. | 93.00 |
|---|---|---|---|---|

| IPG | 10/31/2010 | | 0.20   0.20 | 310.00 | 62.00 |

| 10/31/2010 | IPG | Review correspondence from J Schechter regarding payments due from S Zalewski(.10); correspond with same regarding request to spread the $25K over 5 months(.10). | 0.20  hrs. | 62.00 |
|---|---|---|---|---|

| IPG | 11/01/2010 | | 0.80   0.80 | 310.00 | 248.00 |

| 11/01/2010 | IPG | Review further correspondence from J Schechter regarding the $25K due from S Zalewski(.20); correspond further with same regarding paying said sum on a more expedited basis than the proposed five months(.20); correspond with R Katz regarding same(.20); conferred with R Katz regarding same to obtain authority for a more expedited schedule(.20). | 0.80  hrs. | 248.00 |
|---|---|---|---|---|

| IPG | 11/03/2010 | | 0.50   0.50 | 310.00 | 155.00 |

| 11/03/2010 | IPG | Reviewed correspondence from J Schechter(.10); Correspond with J Schechter regarding proposed extended payment schedule(.40). | 0.50  hrs. | 155.00 |
|---|---|---|---|---|

| IPG | 11/18/2010 | | 0.40   0.40 | 310.00 | 124.00 |

| 11/18/2010 | IPG | Reviewing file(.20) and Correspond with J Schechter about the settlement with S Zalewski and other issues(.20). | 0.40  hrs. | 124.00 |
|---|---|---|---|---|

ZALEJ1      ZALE, JOSEPH                                              Invoice# 0              Page 9

| Date | | Description | Hours | | Amount |
|------|------|------|------|------|------|
| IPG | 12/02/2010 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 12/02/2010 | IPG | Review file concerning(.10) and drafted e-mail to R Katz's office regarding payments due from S Zalewski(.10); correspond with J Schechter regarding my requested status on the $6k that is overdue(.10); correspond with R Katz concerning same(.10). | 0.40 | hrs. | 124.00 |
| IPG | 12/06/2010 | | 0.40 | 0.40 | 310.00 | 124.00 |
| 12/06/2010 | IPG | Confer with R Katz regarding recent partial payment check which will be endorsed over to the estate(.20); correspond with J Schechter regarding same(.20). | 0.40 | hrs. | 124.00 |
| IPG | 12/10/2010 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 12/10/2010 | IPG | Follow up on $6,000 payment. | 0.10 | hrs. | 31.00 |
| IPG | 12/13/2010 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 12/13/2010 | IPG | Correspond with J Schechter regarding the payment schedule and other matters. | 0.20 | hrs. | 62.00 |
| IPG | 01/13/2011 | | 0.50 | 0.50 | 310.00 | 155.00 |
| 01/13/2011 | IPG | Correspond with R Katz and A Boyle regarding settlement payments to date from S Zalewski(.40); correspond with J Schechter regarding overdue payments from S Zalewski(.10). | 0.50 | hrs. | 155.00 |
| IPG | 01/19/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 01/19/2011 | IPG | Correspond with A Boyle and R Katz regarding payments due to the estate from S Zalewski(.10); Correspond with J Schechter, counsel for Sharon Zalewski, regarding payments due and other matters(.10). | 0.20 | hrs. | 62.00 |
| IPG | 01/20/2011 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 01/20/2011 | IPG | Review correspondence to J Schechter regarding delinquent payments from S Zalewski and left message for same. | 0.10 | hrs. | 31.00 |
| IPG | 01/31/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 01/31/2011 | IPG | Follow up with J Schechter regarding the status of the overdue payments(.10); correspond with R Katz regarding same(.10). | 0.20 | hrs. | 62.00 |
| IPG | 02/01/2011 | | 0.20 | 0.20 | 310.00 | 62.00 |
| 02/01/2011 | IPG | Review correspondence from J Schecter regarding payments due(.10); correspond with same about resuming a payment schedule(.10). | 0.20 | hrs. | 62.00 |
| IPG | 02/03/2011 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 02/03/2011 | IPG | Follow up with J Schechter about remaining $19K ($12K of which is overdue). | 0.10 | hrs. | 31.00 |
| IPG | 02/08/2011 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 02/08/2011 | IPG | Met with J Schechter and discussed payments that are due; he forwarded my e-mail to S Zalewski and will advise once he hears from her. | 0.10 | hrs. | 31.00 |
| IPG | 03/08/2011 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 03/08/2011 | IPG | Conferred with R Katz who advised he just found | 0.10 | hrs. | 31.00 |

ZALEJ1      ZALE, JOSEPH                                      Invoice#  0              Page  10

out that the initial $25K did not clear.

| IPG | 03/09/2011 | | | 0.30 | 0.30 | 310.00 | | 93.00 |
|-----|-----------|---|---|------|------|--------|---|-------|
| 03/09/2011 | IPG | Met with Joel Schechter and discussed bounced check from S Zalewski for $25K(.10); correspond with R Katz regarding same(.20). | | 0.30 | hrs. | | | 93.00 |

| IPG | 03/10/2011 | | | 0.40 | 0.40 | 310.00 | | 124.00 |
|-----|-----------|---|---|------|------|--------|---|-------|
| 03/10/2011 | IPG | Review correspondence from J Schechter, counsel for S Zalewski, who verified $25K is still sitting in Sharon Zalewski's credit union account and further advised he will have a replacement check (cashier's) issued to Robert B Katz, as Trustee(.20); correspond with J Schechter regarding same and need for him to propose a schedule on the additional $19K that is due in addition to the replacement check(.20). | | 0.40 | hrs. | | | 124.00 |

| IPG | 03/20/2011 | | | 0.10 | 0.10 | 310.00 | | 31.00 |
|-----|-----------|---|---|------|------|--------|---|-------|
| 03/20/2011 | IPG | Correspond with J Schechter to inquire about check that needs to be reissued. | | 0.10 | hrs. | | | 31.00 |

| IPG | 03/21/2011 | | | 0.20 | 0.20 | 310.00 | | 62.00 |
|-----|-----------|---|---|------|------|--------|---|-------|
| 03/21/2011 | IPG | Review e-mail from J Schechter regarding S Zalewski and the need for her to reissue the $25K check(.10); follow up with same and advise him to light a fire under her(.10). | | 0.20 | hrs. | | | 62.00 |

| IPG | 03/22/2011 | | | 0.50 | 0.50 | 310.00 | | 155.00 |
|-----|-----------|---|---|------|------|--------|---|-------|
| 03/22/2011 | IPG | Reviewing file regarding incomplete undertakings and expected compliance from S Zalewski(.20); correspond with J Schechter regarding same(.10); review correspondence from R Katz(.10); correspond with and confer with R Katz regarding same(.10). | | 0.50 | hrs. | | | 155.00 |

| IPG | 03/24/2011 | | | 0.20 | 0.20 | 310.00 | | 62.00 |
|-----|-----------|---|---|------|------|--------|---|-------|
| 03/24/2011 | IPG | Correspond with J Schechter regarding request for $25K check to be reissued and verification that the funds are still on hand(.10); correspond with R Katz regarding same(.10). | | 0.20 | hrs. | | | 62.00 |

| IPG | 03/31/2011 | | | 0.40 | 0.40 | 310.00 | | 124.00 |
|-----|-----------|---|---|------|------|--------|---|-------|
| 03/31/2011 | IPG | Reviewing file(.20) and Correspond with J Schechter regarding $44K due from S Zalewski(.20). | | 0.40 | hrs. | | | 124.00 |

| IPG | 04/04/2011 | | | 0.30 | 0.30 | 310.00 | | 93.00 |
|-----|-----------|---|---|------|------|--------|---|-------|
| 04/04/2011 | IPG | Correspond with J Schechter regarding anticipated $25K payment(.20); correspond with R Katz regarding same(.10). | | 0.30 | hrs. | | | 93.00 |

| IPG | 04/06/2011 | | | 0.20 | 0.20 | 310.00 | | 62.00 |
|-----|-----------|---|---|------|------|--------|---|-------|
| 04/06/2011 | IPG | Follow up regarding $25K payment(.10) and updating file regarding to other matters(.10). | | 0.20 | hrs. | | | 62.00 |

| IPG | 04/29/2011 | | | 0.10 | 0.10 | 310.00 | | 0.00 |
|-----|-----------|---|---|------|------|--------|---|-------|
| 04/29/2011 | IPG | Follow up with J Schechter regarding the additional $19K that is due and was promised by this month's end. No charge has been made for this time. | | 0.10 | hrs. | | | 0.00 |

ZALEJ1        ZALE, JOSEPH                                          Invoice# 0              Page 11

| Date | | Description | Hours | | Amount |
|------|------|-------------|-------|------|--------|
| 05/19/2011 | IPG | Correspond with J Schechter regarding a requested update on the status of the $19K payment that is overdue. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| 06/10/2011 | IPG | Correspond with J Schechter regarding $19K due from Sharon Zalewski. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| 06/21/2011 | IPG | Correspond with J Schechter regarding $19K that is still due. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| 07/12/2011 | IPG | Correspond with J Schecter regarding $19K that is due. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| 07/18/2011 | IPG | Confer with R Katz about $4K check and related matters regarding S Zalewski. | 0.20 | hrs. | 62.00 |
| 07/19/2011 | IPG | Met with R Katz regarding $4K payment and signed over the check mistakenly drawn to me(.40). | 0.40 | hrs. | 124.00 |
| 08/25/2011 | IPG | Correspond with J Schechter regarding S Zalewski payments that are due. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| 09/07/2011 | IPG | Follow up with J Schechter regarding $15K still due. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| 09/19/2011 | IPG | Reviewing file(.10) and follow up with J Schechter regarding S Zalewski and requested a payment schedule(.05); review e-mail from J Schechter regarding same(.05). | 0.20 | hrs. | 62.00 |
| 10/04/2011 | IPG | Follow up with J Schechter about payments totalling $15K that remain due. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| 10/18/2011 | IPG | Met with J Schechter who believes that a payment will be made within the next two weeks or so. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| 10/31/2011 | IPG | Follow up with J Schechter regarding payments due from Sharon Zalewski. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| 11/10/2011 | IPG | Confer with R Katz about receipt of an additional $5K on or about 11/4/11. | 0.10 | hrs. | 31.00 |

ZALEJ1      ZALE, JOSEPH                                        Invoice# 0                  Page 12

| | | | | | |
|---|---|---|---|---|---|
| IPG | 12/12/2011 | | 0.10 | 0.10 | 310.00 | 31.00 |
| 12/12/2011 | IPG | Follow-up with Joel Schecter regarding $10K remaining due fro S Zalewski. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| IPG | 01/10/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 01/10/2012 | IPG | Correspond with J Schechter regarding outstanding monies due from Sharon Zalewski(.10); correspond with A Boyle regarding same(.10). No charge has been made for this time. | 0.20 | hrs. | 0.00 |
| IPG | 02/03/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 02/03/2012 | IPG | Reviewing file regarding monies owed by S Zalewski to the Estate(.10); follow up via e-mail to J Schechter regarding same(.10). No charge has been made for this time. | 0.20 | hrs. | 0.00 |
| IPG | 03/16/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
| 03/16/2012 | IPG | Correspond with J Schecter regarding payment due from S Zalewski. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| IPG | 03/27/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 03/27/2012 | IPG | Review e-mail from A Boyle regarding the receipt of a check for $5K(.10) and correspond with same concerning the monies remaining due(.10); diary follow up dates on the remaining $5K that is due. | 0.20 | hrs. | 64.00 |
| IPG | 05/21/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 05/21/2012 | IPG | Reviewing file concerning monies owed to the estate by S Zalewski(.10); Follow up with Joel Schechter on the final $5K payment that is due(.10). | 0.20 | hrs. | 64.00 |
| IPG | 06/05/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
| 06/05/2012 | IPG | Review file and follow up with J Schecter about final $5K that is overdue. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| IPG | 07/12/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
| 07/12/2012 | IPG | Follow up with J Schechter regarding final $5K that is well overdue. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| IPG | 07/25/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 07/25/2012 | IPG | Review correspondence from S Zalewski and her counsel(.10); Follow up with J Schechter regarding final $5000 payment due from S Zalewski(.10). | 0.20 | hrs. | 64.00 |
| IPG | 07/26/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 07/26/2012 | IPG | Review proposal by S Zalewski to pay the remaining $5K over three months(.10); correspond with R Katz to follow up with J Schecter to work out a schedule(.10). | 0.20 | hrs. | 64.00 |
| IPG | 07/30/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 07/30/2012 | IPG | Review proposed correspondence from R Katz to J Schecter regarding S Zalewski monies owed to the estate(.10); confer with R Katz regarding same(.10). | 0.20 | hrs. | 64.00 |

ZALEJ1      ZALE, JOSEPH                                    Invoice#   0                    Page  13

| | | | | | |
|---|---|---|---|---|---|
| IPG | 08/03/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 08/03/2012 | IPG | Reviewing file(.10) and correspond with J Schecter regarding overdue payments(.10). | 0.20 | hrs. | 64.00 |
| IPG | 08/13/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 08/13/2012 | IPG | Follow up with J Schechter regarding $5K that remains due from S Zalewski. No charge has been made for this time. | 0.20 | hrs. | 0.00 |
| IPG | 08/14/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
| 08/14/2012 | IPG | Follow up with A Boyle regarding remaining monies owed to the estate by S Zalewski. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| IPG | 08/15/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
| 08/15/2012 | IPG | Review correspondence form A Boyle regarding status of remaining monies owed to the Estate by S Zalewski. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| IPG | 09/12/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
| 09/12/2012 | IPG | Follow up with J Schechter regarding remaining monies due to the estate. | 0.10 | hrs. | 32.00 |
| IPG | 09/18/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
| 09/18/2012 | IPG | Follow up on monies due to the estate from S Zalewski. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| IPG | 09/21/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
| 09/21/2012 | IPG | Follow up with A Boyle regarding his efforts to collect the final $3500 due from S Zalewski. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| IPG | 10/09/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
| 10/09/2012 | IPG | Review file concerning remaining payment due to the estate and follow up with the Trustee concerning same. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| IPG | 10/17/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
| 10/17/2012 | IPG | Correspond with J Schechter regarding remaining payments due to the estate and to request a firm plan for payment by years end. | 0.10 | hrs. | 32.00 |
| IPG | 11/01/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 11/01/2012 | IPG | Reviewing prior correspondence regarding final $3500 owed to the estate by Sharon Lajewski(.10) and correspond with her counsel J Schechter regarding same(.10). | 0.20 | hrs. | 64.00 |
| IPG | 11/06/2012 | | 0.20 | 0.20 | 320.00 | 64.00 |
| 11/06/2012 | IPG | Review e-mail from J Schechter advising that the remaining monies will be paid off this month and next month(.05); correspond with J Schechter, R Katz and A Boyle regarding same(.05); reviewing correspondence file(.10). | 0.20 | hrs. | 64.00 |
| IPG | 12/04/2012 | | 0.10 | 0.10 | 320.00 | 32.00 |
| 12/04/2012 | IPG | Follow up on $3500 due from S Zalewski. No charge has been made for this time. | 0.10 | hrs. | 0.00 |

ZALEJ1        ZALE, JOSEPH                                Invoice#  0              Page  14

| Date | | Description | Hours | | Amount |
|------|------|-------------|-------|------|--------|
| 12/13/2012 | IPG | Follow up, with J Schechter, on $2500 owed to the estate by S Zalewski. | 0.10 | hrs. | 32.00 |
| 01/14/2013 | IPG | Follow up on payments due to the estate. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| 01/15/2013 | IPG | Reviewing e-mail from R Katz requesting final payments from S Zalewski. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| 02/01/2013 | IPG | Follow up with J Schechter and R Katz about funds owed by Sharon Zalewski to the estate. | 0.10 | hrs. | 33.00 |
| 02/07/2013 | IPG | Correspond with J Schechter regarding monies due from S Zalewski. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| 02/18/2013 | IPG | Follow up with R Katz regarding payment due from S Zalewski (no charge). | 0.10 | hrs. | 0.00 |
| 02/19/2013 | IPG | Follow up with Trustee about monies due from Sharon Zalewski. No charge has been made for this time. | 0.10 | hrs. | 0.00 |
| 03/07/2013 | IPG | Follow up with A Boyle regarding monies due from S Zalewski. | 0.20 | hrs. | 66.00 |
| 03/11/2013 | IPG | Follow up with Trustee and his assistant on settlement monies that remain due. No charge has been made for this time. | 0.20 | hrs. | 0.00 |
| 04/04/2013 | IPG | Reviewing file related to compromise with S Zalewski(.20); correspond with J Schechter to request that the estate be paid the remaining $2000 or so and he stated that Sharon advised the remaining $2K would be paid by months's end(.20) | 0.40 | hrs. | 132.00 |
| 04/12/2013 | IPG | Review file related to quit claim deed (.20) and correspond with R Sitkowski to inquire as to whether she has any documentation related thereto (.10) (no charge for the last portion of this entry). | 0.20 | hrs. | 66.00 |
| 04/15/2013 | IPG | Review correspondence from R Sitkowski and quit claim deed form regarding S Zalewski(.30); correspond with R Katz and his paralegal regarding same(.10) | 0.40 | hrs. | 132.00 |
| 04/29/2013 | IPG | Follow up with J Schecter and S Zalewski | 0.10 | hrs. | 33.00 |

ZALEJ1      ZALE, JOSEPH                                                     Invoice# 0                Page 15

regarding whether the $2K will be remitted prior to
her brother's motion to abandon (more time
expended than billed)

| 05/03/2013 | IPG | Review e-mail from R Katz regarding receipt of check for $2000(.05); correspond with R Katz regarding same in light of Debtor's motion to compel abandonment and to disallow claims(.05) | 0.10 | hrs. | 33.00 |
|---|---|---|---|---|---|
| 05/06/2013 | IPG | Review correspondence regarding receipt of $2K(.20) and follow up with R Katz regarding the related Motion of the Debtor to compel abandonment which will be continued by Robert Benjamin for long enough to ensure that the check clears(.20) | 0.40 | hrs. | 132.00 |
| 05/28/2013 | IPG | Correspond with Allison Barrell, legal assistant for R Katz, regarding clearance of payment from S Zalewski and review correspondence from same attaching forms 1 and 2. | 0.40 | hrs. | |
| 05/28/2013 | IPG | Review file regarding prior correspondence from R Sitkowski related to quit claim deed for the Lake Villa property involved in the compromise with S Zalewski(.20); Follow up with R Sitkowski, a real estate paralegal at my office, about updating that quit claim deed (.20) | 0.40 | hrs. | 132.00 |

TOTAL PROFESSIONAL SERVICES                                    $17,601.00

Billing Summary
Total professional services               $17,601.00
Total of new charges for this invoice     $17,601.00

                                          _____

**Total balance now due**                 **$17,601.00**

| IPG | 59.70 | 293.57 | $17,526.00 |
|---|---|---|---|
| RMS | 0.75 | 100.00 | $75.00 |
| | 60.45 | | $17,601.00 |

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

August 19, 2013

ROBERT KATZ, TRUSTEE
JOSEPH S ZALE BANKRUPTCY
53 W JACKSON BLVD  STE 1320
CHICAGO, IL  60604

Invoice# 0
Client#  ZALEJ1    00009
Billing through  05/31/2013

---

**OBJECTION TO EXEMPTION CLAIM**
**CHAPTER 7   10-10949**
**JOSEPH S ZALE**

Payments received since last invoice                    $0.00

Balance brought forward                                 $0.00

PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| IPG | 06/17/2010 | | 1.00 | 1.00 | 310.00 | 310.00 |
| 06/17/2010 | IPG | Prepared for(.40) and appeared on objection to claimed exemption in the stock(.50); drafted follow up email to Trustee, accountant and debtor's counsel regarding entered orders(.10). | 1.00 hrs. | | 310.00 |
| IPG | 03/29/2013 | | 0.80 | 0.80 | 310.00 | 248.00 |
| 03/29/2013 | IPG | Drafting objection to exemption elections and draft order regarding same (.80). | 0.80 hrs. | | 248.00 |

TOTAL PROFESSIONAL SERVICES                    $558.00

Billing Summary
Total professional services              $558.00
Total of new charges for this invoice    $558.00

**Total balance now due**                **$558.00**

| | | | |
|---|---|---|---|
| IPG | 1.80 | 310.00 | $558.00 |
| | 1.80 | | $558.00 |

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

August 19, 2013

ROBERT KATZ, TRUSTEE
JOSEPH S ZALE BANKRUPTCY
53 W JACKSON BLVD  STE 1320
CHICAGO, IL  60604

Invoice#  0
Client#  ZALEJ1      00015
Billing through   05/31/2013

---

**FEE PETITIONS**
**CHAPTER 7  10-10949**
**JOSEPH S ZALE**

Payments received since last invoice                    $0.00

Balance brought forward                                 $0.00

## PROFESSIONAL SERVICES

| | | | | | |
|---|---|---|---|---|---|
| IPG | 03/29/2013 | | 1.50 | 1.50 | 330.00 | 495.00 |
| 03/29/2013 | IPG | Initial work on first and final fee application, including reviewing all time entries to date | 1.50 hrs. | | 495.00 |
| IPG | 04/24/2013 | | 1.50 | 1.50 | 330.00 | 495.00 |
| 04/24/2013 | IPG | Work on first and final fee application; continued review of time entries. No charge has been made for this time. | 1.50 hrs. | | 0.00 |
| IPG | 04/25/2013 | | 1.00 | 1.00 | 330.00 | 330.00 |
| 04/25/2013 | IPG | Continued work related to first and final fee application | 1.00 hrs. | | 330.00 |
| IPG | 04/26/2013 | | 0.20 | 0.20 | 330.00 | 66.00 |
| 04/26/2013 | IPG | Review of edits to draft fee petition(.20) | 0.20 hrs. | | 66.00 |
| IPG | 05/31/2013 | | 2.00 | 2.00 | 330.00 | 660.00 |
| 05/31/2013 | IPG | Final work on first and final fee application. No charge has been made for this time. | 2.00 hrs. | | 0.00 |

TOTAL PROFESSIONAL SERVICES                         $891.00

Billing Summary
Total professional services              $891.00
Total of new charges for this invoice    $891.00

**Total balance now due**                **$891.00**

IPG                          6.20      143.71        $891.00

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

August 19, 2013

ROBERT KATZ, TRUSTEE
JOSEPH S ZALE BANKRUPTCY
53 W JACKSON BLVD  STE 1320
CHICAGO, IL  60604

Invoice#  0
Client#   ZALEJ1      00028
Billing through  05/31/2013

---

**CLOSING OF CASE**
**CHAPTER 7  10-10949**
**JOSEPH S ZALE**

Payments received since last invoice                    $0.00

Balance brought forward                                 $0.00

PROFESSIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| IPG | 05/20/2013 | | 0.10 | 0.10 | 330.00 | 0.00 |

05/20/2013    IPG    Correspond with R Katz's office to see if the final       0.10  hrs.         0.00
                     check has cleared so we may begin the process to
                     close this case(no charge)

| IPG | 05/30/2013 | | 4.00 | 4.00 | 330.00 | 1,320.00 |

05/30/2013    IPG    Anticipated time for 1) additional work related to       4.00  hrs.      1,320.00
                     the preparation and presentation of a first and final
                     fee application; 2) discussions with the Trustee and
                     parties in interest related to the closing of this case;
                     and 3) appearance (s) related to the anticipated
                     closing of this case.

                              TOTAL PROFESSIONAL SERVICES              $1,320.00

Billing Summary
Total professional services                   $1,320.00
Total of new charges for this invoice         $1,320.00

**Total balance now due**                     **$1,320.00**

        IPG                    4.10      321.95       $1,320.00

                               4.10                   $1,320.00

**DI MONTE & LIZAK LLC**
ATTORNEYS AT LAW
216 WEST HIGGINS ROAD
PARK RIDGE, ILLINOIS 60068
(847) 698-9600
FEIN: 36-3152797

August 19, 2013

ROBERT KATZ, TRUSTEE
JOSEPH S ZALE BANKRUPTCY
53 W JACKSON BLVD  STE 1320
CHICAGO, IL  60604

Invoice#  0
Client#  ZALEJ1      00029
Billing through  05/31/2013

---

**CASH ADVANCED**
**CHAPTER 7  10-10949**
**JOSEPH S ZALE**

Payments received since last invoice                    $0.00

Balance brought forward                                 $0.00

EXPENSES

| | | | |
|---|---|---|---|
| TS | 06/04/2010 | $7.00 | |
| 06/04/2010 | TRACT SEARCH | | 7.00 |
| TS | 06/17/2010 | $7.00 | |
| 06/17/2010 | TRACT SEARCH | | 7.00 |
| PO | 09/27/2010 | $8.58 | |
| 09/27/2010 | POSTAGE (11) | | 8.58 |

                                                        $22.58

Billing Summary
Total expenses incurred                    $22.58
Total of new charges for this invoice      $22.58

**Total balance now due**                  **$22.58**

                    0.00                    $0.00


EXHIBIT
C