# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| ZALE, JOSEPH S. | § | Case No. 10-10949 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/15/2010 . The undersigned trustee was appointed on 03/15/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $          50,005.75

        Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 98.24 |
| Bank service fees | 816.20 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

        Leaving a balance on hand of[1]          $          49,091.31

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) (Page: 1)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/03/2010 and the deadline for filing governmental claims was 09/03/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,750.29 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,750.29 [2], for a total compensation of $ 5,750.29 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/25/2013 _____     By: /s/Robert B. Katz, Trustee _____
                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Page: 1
Exhibit A

Ver: 17.02c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:      10-10949   CAD   Judge: CAROL A. DOYLE
Case Name:  ZALE, JOSEPH S.

For Period Ending:  06/13/13

Trustee Name:  Robert B. Katz, Trustee
Date Filed (f) or Converted (c):  03/15/10 (f)
341(a) Meeting Date:  05/06/10
Claims Bar Date:  09/03/10

| 1 | 2 | 3 | 4 | 5 | 6 | |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | |
| 1. Single family dwelling 1413 W. Belle Plaine Ave. C | 505,000.00 | 0.00 | | 0.00 | FA | |
| 2. Single use commercial 110 S. Milwaukee Ave. Lake V | 300,000.00 | 50,000.00 | | 50,000.00 | FA | |
| 3. Great Lakes Credit Union | 0.00 | 0.00 | | 0.00 | FA | |
| 4. Household goods and furnishings | 2,500.00 | 0.00 | | 0.00 | FA | |
| 5. Wearing apparel | 250.00 | 0.00 | | 0.00 | FA | |
| 6. MetLife 500,000 term | 0.00 | 0.00 | | 0.00 | FA | |
| 7. 50.055% Carpet Castle, Inc. | 1.00 | 0.00 | | 0.00 | FA | |
| 8. Rent due from Carpet Castle, Inc. | 83,922.39 | 0.00 | | 0.00 | FA | |
| 9. Est. of Sophia Zalewski, 02 P 7358 | 1.00 | 0.00 | | 0.00 | FA | |
| 10. 2007 Jeep Liberty | 11,000.00 | 0.00 | | 0.00 | FA | |
| 11. 1999 Chevy Astro | 250.00 | 0.00 | | 0.00 | FA | |
| 12. 1999 Chevy Express | 250.00 | 0.00 | | 0.00 | FA | |
| 13. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 5.75 | FA | |

TOTALS (Excluding Unknown Values)     $903,174.39     $50,000.00          $50,005.75

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Purchaser of trustee's interest in debtor's real estate has failed to honor an installment payment plan with Trustee.
Trustee has and will continue to try to to collect from purchaser.

Initial Projected Date of Final Report (TFR): 12/31/12      Current Projected Date of Final Report (TFR): 12/31/13

LFORM1  UST Form 101-7-TFR (5/1/2011) (Page: 3)

Page: 1
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-10949 -CAD | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | ZALE, JOSEPH S. | Bank Name: | ASSOCIATED BANK |
| Taxpayer ID No: | ******6468 | Account Number / CD #: | ******6938 Checking Account |
| For Period Ending: | 06/13/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 45,878.88 | | 45,878.88 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.28 | 45,850.60 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.21 | 45,821.39 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.25 | 45,793.14 |
| 12/21/12 | 2 | Sharon A. Zalewski DBA Maxwell's Burgers 19571 Symerton Rd. Apple Valley, CA 92307-4732 | | 1210-000 | 1,500.00 | | 47,293.14 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.51 | 47,263.63 |
| 02/07/13 | 000101 | International Sureties, LTD. Suite 420 701 Poydras St. New Orleans, LA 70139 | | 2300-000 | | 38.71 | 47,224.92 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.26 | 47,154.66 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.35 | 47,091.31 |
| 05/06/13 | 2 | Sharon A. Zalewski DBA Maxwell's Burgers 19571 Symerton Rd Apple Valley, CA 92307-4732 | | 1210-000 | 2,000.00 | | 49,091.31 |

| | | Page Subtotals | | | 49,378.88 | 287.57 | |

UST Form 101-7-TFR (5/1/2011) (Page: 4)

Ver. 17.02c

Page: 2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit B**

Case No:          10-10949 -CAD
Case Name:        ZALE, JOSEPH S.

Taxpayer ID No:   ******6468
For Period Ending: 06/13/13

Trustee Name:          Robert B. Katz, Trustee
Bank Name:             ASSOCIATED BANK
Account Number / CD #: ******6938 Checking Account

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 49,091.31 |
| | | | COLUMN TOTALS | | 49,378.88 | 287.57 | |
| | | | Less: Bank Transfers/CD's | | 45,878.88 | 0.00 | |
| | | | Subtotal | | 3,500.00 | 287.57 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 3,500.00 | 287.57 | |

|  | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

LFORM24   UST Form 101-7-TFR (5/1/2011) (Page: 5)

Ver: 17.02c

Page:  3
Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 10-10949 -CAD |
| Case Name: | ZALE, JOSEPH S. |
| Taxpayer ID No: | *******6468 |
| For Period Ending: | 06/13/13 |

| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | ******2114 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/28/10 | | | BALANCE FORWARD | | | | 0.00 |
| | | Sharon A. Zalewski 23705 Vanowen St #193 West Hills, CA 91307 | | 1110-003 | 25,000.00 | | 25,000.00 |
| 10/29/10 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.04 | | 25,000.04 |
| 12/10/10 | 2 | Sharon A. Zalewski DBA Maxwell's Burgers 19571 Symeron Rd. Apple Valley, CA 92307-4732 | | 1110-000 | 6,000.00 | | 31,000.04 |
| 12/31/10 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.09 | | 31,000.13 |
| 01/31/11 | 13 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.15 | | 31,000.28 |
| 02/04/11 | 000101 | International Sureties, Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | Bond # 016026455 Chapter 7 Blanket Bond Illinois | 2300-000 | | 24.42 | 30,975.86 |
| 02/28/11 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 30,975.91 |
| 03/31/11 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 30,975.96 |
| 04/06/11 | 2 | Sharoon Zalewski | | 1110-000 | 25,000.00 | | 55,975.96 |
| 04/07/11 | 2 | Sharon A. Zalewski 23705 Vanowen St #193 West Hills, CA 91307 | VOID | 1110-003 | -25,000.00 | | 30,975.96 |
| 04/29/11 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.18 | | 30,976.14 |
| 05/31/11 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.27 | | 30,976.41 |
| 06/30/11 | 13 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.25 | | 30,976.66 |
| 07/19/11 | 2 | Sharon A. Zalewski DBA Maxwell's Burgers 19571 Symeron Rd. | | 1110-000 | 4,000.00 | | 34,976.66 |
| | | | Page Subtotals | | 35,001.08 | 24.42 | |

LFORM24

Ver. 17.02c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

Case No:            10-10949 -CAD
Case Name:          ZALE, JOSEPH S.
Taxpayer ID No:     ******6468
For Period Ending:  06/13/13

Trustee Name:       Robert B. Katz, Trustee
Bank Name:          BANK OF AMERICA
Account Number / CD #:  ******2114 Money Market Account (Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Apple Valley, CA 92307-4732 | | | | | |
| 07/29/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.26 | | 34,976.92 |
| 08/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.31 | | 34,977.23 |
| 09/30/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.29 | | 34,977.52 |
| 10/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.30 | | 34,977.82 |
| 10/31/11 | 2 | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 44.56 | 34,933.26 |
| 11/04/11 | | Sharon A. Zalewski | | 1110-000 | 5,000.00 | | 39,933.26 |
| | | DBA Maxwell's Burgers | | | | | |
| | | 19571 Symerton Rd. | | | | | |
| | | Apple Valley, CA 92307-4732 | | | | | |
| 11/30/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.32 | | 39,933.58 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 47.59 | 39,885.99 |
| 12/30/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,886.33 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 49.17 | 39,837.16 |
| 01/31/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,837.50 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 52.25 | 39,785.25 |
| 02/07/12 | 000102 | International Sureties | Bond # 016026455 | 2300-000 | | 35.11 | 39,750.14 |
| | | Suite 420 | | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/29/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.32 | | 39,750.46 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 47.26 | 39,703.20 |
| 03/27/12 | 2 | Sharon A. Zalewski | | 1110-000 | 5,000.00 | | 44,703.20 |
| | | 19571 Symerton Rd. | | | | | |
| | | Apple Valled, CA 92307 | | | | | |
| 03/30/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.34 | | 44,703.54 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 48.82 | 44,654.72 |
| 04/30/12 | 13 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.37 | | 44,655.09 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 56.32 | 44,598.77 |

Page Subtotals  10,003.19  381.08

UST Form 101-7-TFR (5/1/2011) (Page: 7)

LFORM24

Ver. 17.02c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit B

| | |
|---|---|
| Case No: | 10-10949 -CAD |
| Case Name: | ZALE, JOSEPH S. |
| Taxpayer ID No: | ******6468 |
| For Period Ending: | 06/13/13 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | ******2114 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.38 | | 44,599.15 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 56.66 | 44,542.49 |
| 06/29/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.36 | | 44,542.85 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 52.94 | 44,489.91 |
| 07/31/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.38 | | 44,490.29 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 58.35 | 44,431.94 |
| 08/15/12 | 2 | Sharon A. Zalewski DBA Maxwell's Burgers 19571 Symeron Rd. Apple Valley, CA 92307-4732 | | 1110-000 | 1,500.00 | | 45,931.94 |
| 08/30/12 | 13 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.36 | | 45,932.30 |
| 08/30/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 53.42 | 45,878.88 |
| 08/30/12 | 2 | 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 45,878.88 | 0.00 |

| | Deposits | Disbursements | |
|---|---|---|---|
| COLUMN TOTALS | 46,505.75 | 46,505.75 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 45,878.88 | |
| Subtotal | 46,505.75 | 626.87 | |
| Less: Payments to Debtors | 0.00 | | |
| Net | 46,505.75 | 626.87 | |

| TOTAL -- ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ******6938 | 3,500.00 | 287.57 | 49,091.31 |
| Money Market Account (Interest Earn - ******2114 | 46,505.75 | 626.87 | 0.00 |
| | | | 49,091.31 |
| | 50,005.75 | 914.44 | Total Funds |
| | (Excludes Account | (Excludes Payments | |

Page Subtotals   1,501.48   46,100.25

UST Form 101-7-TFR (5/1/2011) (Page: 8)

Ver: 17.02c

LFORM24



FORM 2

Page: 6

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No.: 10-10949 -CAD
Case Name: ZALE, JOSEPH S

Taxpayer ID No: ******6468
For Period Ending: 06/13/13

Trustee Name: Robert B. Katz, Trustee
Bank Name: BANK OF AMERICA
Account Number / CD #: ******2114  Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ******6938 | | Transfers) | To Debtors) | On Hand |
| | | | Money Market Account (Interest Earn - ******2114 | | | | |

| | | | | Page Subtotals | 0.00 | 0.00 | 0.00 |

Trustee's Signature:  /s/  Robert B. Katz, Trustee   Date: 06/13/13

ROBERT B. KATZ, TRUSTEE

UST Form 101-7-TFR (5/1/2011) (Page: 9)

LFORM24

Ver: 17.02c

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 13, 2013 |
|---|---|---|---|---|---|---|
| Case Number: | 10-10949 | | Claim Class Sequence | | | |
| Debtor Name: | ZALE, JOSEPH S. | | | | | |

| Code # | Creditor Name & Address | Claim Class   Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| BOND<br>999<br>2300-00 | International Sureties, LTD.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Administrative | $38.71 | $38.71 | $0.00 |
| 000006A | Sharon Zalewski<br>c/o Joel A Schechter<br>53 W Jackson Blvd Ste 1522<br>Chicago IL 60604 | Secured<br>(6-1) modified on 9/9/10 to correct<br>creditor address(dg) | $200,000.00 | $0.00 | $200,000.00 |
| 000001 | PHARIA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | $5,424.15 | $0.00 | $5,424.15 |
| 000002 | American InfoSource LP as agent for<br>Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | $7,014.11 | $0.00 | $7,014.11 |
| 000003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | $7,146.74 | $0.00 | $7,146.74 |
| 000004<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | $4,985.94 | $0.00 | $4,985.94 |
| 000005 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | $869.50 | $0.00 | $869.50 |
| 000006B | Sharon Zalewski<br>c/o Joel A Schechter<br>53 W Jackson Blvd Ste 1522<br>Chicago IL 60604 | Unsecured<br>(6-1) modified on 9/9/10 to correct<br>creditor address(dg) | $480,000.00 | $0.00 | $480,000.00 |
| 000007 | Sharon Zalewski, Administrator for the<br>Estate of S<br>c/o Joel A. Schechter<br>53 West Jackson Blvd, Suite 1522<br>Chicago, IL 60604 | Unsecured<br>(7-1) protective claim for expenses<br>of administration of estate<br>(7-1) investigation continues-see attachment | $60,000.00 | $0.00 | $60,000.00 |
| 000008 | Harris N.A.<br>c/o Stitt, Klein, Daday, et a.<br>2550 W. Golf Rd. Suite 250<br>Rolling Meadows, IL 60008 | Unsecured | $98,255.99 | $0.00 | $98,255.99 |

| Page 2 | | EXHIBIT C | | | | | |
| | | ANALYSIS OF CLAIMS REGISTER | | | | | Date: June 13, 2013 |

Case Number:  10-10949  
Debtor Name:  ZALE, JOSEPH S.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|---|
| | Case Totals: | | | | $863,735.14 | $38.71 | $863,696.43 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-10949
Case Name: ZALE, JOSEPH S.
Trustee Name: Robert B. Katz, Trustee

Balance on hand                                      $          49,091.31

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ 5,750.29 | $ 0.00 | $ 5,750.29 |
| Attorney for Trustee Fees: DiMonte & Lizak, LLC | $ 20,000.00 | $ 0.00 | $ 20,000.00 |
| Attorney for Trustee Expenses: DiMonte & Lizak, LLC | $ 22.58 | $ 0.00 | $ 22.58 |
| Accountant for Trustee Fees: Lois West | $ 1,152.00 | $ 0.00 | $ 1,152.00 |
| Other: International Sureties, LTD. | $ 38.71 | $ 38.71 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses      $        26,924.87
Remaining Balance                                          $        22,166.44

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

### NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 123,696.43  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  17.9  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PHARIA L.L.C. | $ 5,424.15 | $ 0.00 | $ 972.01 |
| 000002 | American InfoSource LP as agent for Citibank N.A. | $ 7,014.11 | $ 0.00 | $ 1,256.93 |
| 000003 | Chase Bank USA, N.A. | $ 7,146.74 | $ 0.00 | $ 1,280.70 |
| 000004 | Chase Bank USA, N.A. | $ 4,985.94 | $ 0.00 | $ 893.48 |
| 000005 | PYOD LLC its successors and assigns as assignee of | $ 869.50 | $ 0.00 | $ 155.81 |
| 000008 | Harris N.A. | $ 98,255.99 | $ 0.00 | $ 17,607.51 |

Total to be paid to timely general unsecured creditors        $        22,166.44

Remaining Balance        $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 740,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006A | Sharon Zalewski | $ 200,000.00 | $ 0.00 | $ 0.00 |
| 000006B | Sharon Zalewski | $ 480,000.00 | $ 0.00 | $ 0.00 |
| 000007 | Sharon Zalewski, Administrator for the Estate of S | $ 60,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors $ 0.00

Remaining Balance $ 0.00