**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 10-10949 |
| JOSEPH S. ZALE, | ) | |
| | ) | The Honorable Carol A. Doyle |
| Debtor. | ) | |
| | ) | Date of Hearing: December 18, 2013 |
| | ) | Time of Hearing:  10:00 a.m. |

**NOTICE OF MOTION**

To:   See service list attached.

PLEASE TAKE NOTICE that on the 18th day of December, 2013, at 10:00 a.m., or as soon as counsel may be heard, I shall appear before the Honorable Carol A. Doyle, or any judge sitting in her stead, in Room 680 of the United States Bankruptcy Court, 219 S. Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **MOTION FOR APPROVAL OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION, ATTORNEY'S MOTION FOR APPROVAL OF FEE APPLICATION, and ACCOUNTANT'S MOTION FOR APPROVAL OF FEE APPLICATION ON SHORTENED NOTICE**, a copy of which is hereby served upon you.

/s/ Julia Jensen Smolka

Abraham Brustein, #0327662
Ira P. Goldberg, #6185512
Julia Jensen Smolka, #6272466
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
847/698-9600
847/698-9623 Facsimile
abrustein@dimontelaw.com
igoldberg@dimontelaw.com
jsmolka@dimontelaw.com

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of this Notice and attachment were served to the persons or entities listed on the service list attached, if service by mail was indicated above, via First-Class Mail at Park Ridge, ILLINOIS, 60068, with proper postage prepaid, or served electronically by the U.S. Bankruptcy Court, before 5:00 p.m. on the 6th day of December, 2013.


             By:  /s/ Julia Jensen Smolka

**In re Joseph S. Zale**
**Case No. 10-10949**
**Service List**

**Via ECF**

Robert R. Benjamin
Querrey & Harrow, Ltd.
175 West Jackson Boulevard #1600
Chicago, IL 60604
rrbenjamin@golanchristie.com

Robert B. Katz
Law Offices of Robert B. Katz
53 W. Jackson Boulevard #1320
Chicago, IL 60604
rkatztrustee@gmail.com


Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn Street #873
Chicago, IL 60604

*Chase Home Finance, LLC*:
Joel P Fonferko
Codilis & Associates, P.C.
15W030 N. Frontage Road
Suite 100
Burr Ridge, IL 60527
ND-One@il.cslegal.com

*Chrysler Financial:*
Kathryn A Klein
Riezman Berger PC
7700 Bonhomme  7th Floor
St Louis, MO 63105
iln@riezmanberger.com

*Amcore Bank:*
Jonathan N Rogers
Stitt, Klein, Daday, Aretos, et al
2550 W. Golf Rd.  Suite 250
Rolling Meadows, IL 60008
jrogers@skdaglaw.com

*Sharon Zalewski:*
Joel A Schechter, ESQ
Law Offices Of Joel Schechter
53 W Jackson Blvd Ste 1522
Chicago, IL 60604
joelschechter@covad.net

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 10-10949 |
| JOSEPH S. ZALE, | ) | |
| | ) | The Honorable Carol A. Doyle |
| Debtor. | ) | |
| | ) | Date of Hearing: December 18, 2013 |
| | ) | Time of Hearing:  10:00 a.m. |

**MOTION FOR APPROVAL OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION, ATTORNEY'S MOTION FOR APPROVAL OF FEE APPLICATION and ACCOUNTANT'S MOTION FOR APPROVAL OF FEE APPLICATION**
<u>**ON SHORTENED NOTICE**</u>

The Chapter 7 Trustee, Robert B. Katz, by his counsel Julia Jensen Smolka of DiMonte & Lizak, LLC, moves this Court for entry of an order which reduces the time for the Trustee's Motion For Approval of the Trustee's Final Report and Application for Compensation; DiMonte & Lizak, LLC's Motion for Compensation and the Accountant's Motion For Approval of Fee Application on shortened notice, and in support thereof state as follows:

1. On October 24, 2013, the Trustee filed his Notice of Trustee's Final Report. [Docket #57]  The Notice, which stated the date and time of the hearing, along with the summaries, were sent to 146 creditors on October 24, 2013.  See Certificate of Service [Docket#60]

2. The original hearing for the consideration of the Trustee's final report, as well as his application, the attorney's and the accountant's application for compensation, was set for hearing on December 4, 2013.  Therefore all concerned parties had 40 days to object.  No parties appeared nor did any party file a written objection to any application.

1

3. Due to a docketing snafu, the matter was on the call, but not noticed as a motion. Therefore, this Court was unaware of the hearing.

4. On December 6, 2013, the Trustee re-noticed each application for compensation to December 18, 2013 and sent an amended notice of hearing to all 146 creditors. The creditors were given only 12 days notice.

5. Trustee requests that this court enter an order which allows for shortened notice under Bankruptcy Rule 9006(c) for good cause. The good cause shown is that in reality all credits will have notice of well over 50 days to object, and will not be harmed by the shortened notice. The trustee wishes to have the applications approved by year end, which would save significant bank charges and accounting charges if he can close the file and distribute the funds in 2013, rather than 2014.

WHEREFORE, the Trustee requests this court enter an order which reduces the notice on these motions to 12 days, and for whatever further relief this Court deems just.

ROBERT B. KATZ, TRUSTEE

By:  /s/Julia Jensen Smolka
One of the Chapter 7 Trustee's Attorneys

Abraham Brustein, #0327662
Ira P. Goldberg, #6185512
Julia Jensen Smolka, #6272466
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
847/698-9600
847/698-9623 Facsimile
abrustein@dimontelaw.com
igoldberg@dimontelaw.com
jsmolka@dimontelaw.com

L:\Z\ZALEJ1-1\Motions\NOM & Mtn for Approval of Final Reports & Applications for Compensation on Shortened Notice.wpd

2