## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 10-10949 |
| JOSEPH S. ZALE, | ) | |
| | ) | The Honorable Carol A. Doyle |
| Debtor. | ) | |
| | ) | Date of Hearing: December 18, 2013 |
| | ) | Time of Hearing:  10:00 a.m. |

### AMENDED NOTICE OF TRUSTEE'S FINAL REPORT and APPLICATION
### FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed.R.Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, Trustee, trustee of the above-styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which were summarized and previously served on you.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk at the following address:

U.S. Bankruptcy Court
Dirksen Federal Buliding
219 S. Dearborn Street #713
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 7 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application any objection to the Final Report will be held on **December 18, 2013 at 10:30 p.m. in Coutroom 742, United States Bankruptcy Court, 219 S. Dearborn Street, Chicago, Illinois, 60604.**

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

/s/ Julia Jensen Smolka

Date Mailed: December 6, 2013

Counsel for Trustee

*Robert B. Katz, Trustee*
*53 W. Jackson Boulevard #1320*
*Chicago, IL 60604*