CAROL A. DOYLE

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| ZALE, JOSEPH S. | § | Case No. 10-10949 |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 603,174.39 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 22,166.44 | Claims Discharged Without Payment: 966,822.49 |
| Total Expenses of Administration: 27,839.31 | |

3) Total gross receipts of $ 50,005.75 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 50,005.75 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,303,164.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 27,839.31 | 27,839.31 | 27,839.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 129,917.03 | 863,696.43 | 863,696.43 | 22,166.44 |
| **TOTAL DISBURSEMENTS** | $ 1,433,081.03 | $ 891,535.74 | $ 891,535.74 | $ 50,005.75 |

    4) This case was originally filed under chapter 7 on 03/15/2010. The case was pending for 48 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/10/2014                    By:/s/Robert B. Katz, Trustee
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single use commercial 110 S. Milwaukee Ave. Lake V | 1110-000 | 50,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 5.75 |
| **TOTAL GROSS RECEIPTS** | | **$ 50,005.75** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase ATTN: Home Equity Loan Servicing P.O. Box 24714 Columbus, OH 43224 | | 420,132.00 | NA | NA | 0.00 |
| | Chase P.O. Box 78420 Phoenix, AZ 85062 | | 322,458.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chrysler Financial ATTN: Customer Resolution Dept. P.O. Box 1622 Roanoke, TX 76262 | | 10,574.00 | NA | NA | 0.00 |
| | Sharon Zalewski 1748 E. Woodbury Rd. Pasadena, CA 91104 | | 550,000.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 1,303,164.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | 2100-000 | NA | 5,750.29 | 5,750.29 | 5,750.29 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 24.42 | 24.42 | 24.42 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 35.11 | 35.11 | 35.11 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 38.71 | 38.71 | 38.71 |
| ASSOCIATED BANK | 2600-000 | NA | 28.28 | 28.28 | 28.28 |
| ASSOCIATED BANK | 2600-000 | NA | 29.21 | 29.21 | 29.21 |
| ASSOCIATED BANK | 2600-000 | NA | 28.25 | 28.25 | 28.25 |
| ASSOCIATED BANK | 2600-000 | NA | 29.51 | 29.51 | 29.51 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | 2600-000 | NA | 70.26 | 70.26 | 70.26 |
| ASSOCIATED BANK | 2600-000 | NA | 63.35 | 63.35 | 63.35 |
| BANK OF AMERICA | 2600-000 | NA | 44.56 | 44.56 | 44.56 |
| BANK OF AMERICA | 2600-000 | NA | 47.59 | 47.59 | 47.59 |
| BANK OF AMERICA | 2600-000 | NA | 49.17 | 49.17 | 49.17 |
| BANK OF AMERICA | 2600-000 | NA | 52.25 | 52.25 | 52.25 |
| BANK OF AMERICA | 2600-000 | NA | 47.26 | 47.26 | 47.26 |
| BANK OF AMERICA | 2600-000 | NA | 48.82 | 48.82 | 48.82 |
| BANK OF AMERICA | 2600-000 | NA | 56.32 | 56.32 | 56.32 |
| BANK OF AMERICA | 2600-000 | NA | 56.66 | 56.66 | 56.66 |
| BANK OF AMERICA | 2600-000 | NA | 52.94 | 52.94 | 52.94 |
| BANK OF AMERICA | 2600-000 | NA | 58.35 | 58.35 | 58.35 |
| BANK OF AMERICA | 2600-000 | NA | 53.42 | 53.42 | 53.42 |
| DIMONTE & LIZAK, LLC | 3210-000 | NA | 20,000.00 | 20,000.00 | 20,000.00 |
| DIMONTE & LIZAK, LLC | 3220-000 | NA | 22.58 | 22.58 | 22.58 |
| POPOWCER KATTEN, LTD. | 3410-000 | NA | 1,152.00 | 1,152.00 | 1,152.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 27,839.31 | $ 27,839.31 | $ 27,839.31 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amcore Bank, NA 1210 S. Alpine Rd. Rockford, IL 61108 | | 93,900.00 | NA | NA | 0.00 |
| | Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | | 4,919.33 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 15298 Wilmington, DE 19850-5298 | | 7,031.37 | NA | NA | 0.00 |
| | Citi Cards c/o Customer Service Box 6000 The Lakes, NV 89163-6000 | | 6,963.85 | NA | NA | 0.00 |
| | HSBC Business Solutions P.O. Box 5229 Carol Stream, IL 60197 | | 1,112.00 | NA | NA | 0.00 |
| | Home Depot Credit Services P.O. Box 653002 Dallas, TX 75265-3002 | | 1,199.62 | NA | NA | 0.00 |
| | Home Depot PO Box 689147 Des Moines, IA 50368-9147 | | 4,904.13 | NA | NA | 0.00 |
| | Juniper c/o Card Services P.O. Box 8802 Wilmington, DE 19899-8802 | | 5,262.20 | NA | NA | 0.00 |
| | McDonald Hopkins, LLC 300 N. LaSalle St. Ste. 2100 Chicago, IL 60654 | | 0.00 | NA | NA | 0.00 |
| | Roger Hutchinson 9031 W. 151st Street Ste. 203 Orland Park, IL 60462 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Russell Kofed, ESQ 525 W. Monroe Ste. 2360 Chicago, IL 60661 | | 0.00 | NA | NA | 0.00 |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 7,014.11 | 7,014.11 | 1,256.93 |
| 000003 | CHASE BANK USA, N.A. | 7100-000 | NA | 7,146.74 | 7,146.74 | 1,280.70 |
| 000004 | CHASE BANK USA, N.A. | 7100-000 | 4,624.53 | 4,985.94 | 4,985.94 | 893.48 |
| 000008 | HARRIS N.A. | 7100-000 | NA | 98,255.99 | 98,255.99 | 17,607.51 |
| 000001 | PHARIA L.L.C. | 7100-000 | NA | 5,424.15 | 5,424.15 | 972.01 |
| 000005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | NA | 869.50 | 869.50 | 155.81 |
| 000006A | SHARON ZALEWSKI | 7400-000 | NA | 200,000.00 | 200,000.00 | 0.00 |
| 000006B | SHARON ZALEWSKI | 7400-000 | NA | 480,000.00 | 480,000.00 | 0.00 |
| 000007 | SHARON ZALEWSKI, ADMINISTRATOR FOR | 7400-000 | NA | 60,000.00 | 60,000.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 129,917.03 | $ 863,696.43 | $ 863,696.43 | $ 22,166.44 |

Page 1
Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 10-10949  CAD  Judge: CAROL A. DOYLE
Case Name: ZALE, JOSEPH S.

Trustee Name: Robert B. Katz, Trustee
Date Filed (f) or Converted (c): 03/15/10 (f)
341(a) Meeting Date: 05/06/10
Claims Bar Date: 09/03/10

For Period Ending: 02/10/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 Single family dwelling 1413 W Belle Plaine Ave C | 505,000.00 | 0.00 | | 0.00 | FA |
| 2 Single use commercial 110 S Milwaukee Ave Lake V | 300,000.00 | 50,000.00 | | 50,000.00 | FA |
| 3 Great Lakes Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 4 Household goods and furnishings | 2,500.00 | 0.00 | | 0.00 | FA |
| 5 Wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 6 MetLife 500,000 term | 0.00 | 0.00 | | 0.00 | FA |
| 7 50.055% Carpet Castle, Inc | 1.00 | 0.00 | | 0.00 | FA |
| 8 Rent due from Carpet Castle, Inc | 83,922.39 | 0.00 | | 0.00 | FA |
| 9 Est. of Sophia Zalewski 02 P 7358 | 1.00 | 0.00 | | 0.00 | FA |
| 10 2007 Jeep Liberty | 11,000.00 | 0.00 | | 0.00 | FA |
| 11 1999 Chevy Astro | 250.00 | 0.00 | | 0.00 | FA |
| 12 1999 Chevy Express | 250.00 | 0.00 | | 0.00 | FA |
| 13 Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 5.75 | FA |

TOTALS (Excluding Unknown Values)  $903,174.39  $50,000.00  $50,005.75  Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action

Purchaser of trustee's interest in debtor's real estate recently completed a six month installment payment plan with Trustee (after three years). Trustee awaits tax returns for this estate from his accountant, which are needed to close this case.

Initial Projected Date of Final Report (TFR): 12/31/12   Current Projected Date of Final Report (TFR): 06/30/14

LFORM1   UST Form 101-7-TDR (5/1/2011) (Page 9)

Ver 17.05

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No | 10-10949 -CAD | Trustee Name | Robert B Katz, Trustee |
|---|---|---|---|
| Case Name | ZALE, JOSEPH S | Bank Name | ASSOCIATED BANK |
| Taxpayer ID No | *******6468 | Account Number / CD # | ******6938 Checking Account |
| For Period Ending | 02/10/14 | Blanket Bond (per case limit) | $ 5,000,000.00 |
| | | Separate Bond (if applicable) | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 45,878.88 | | 45,878.88 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.28 | 45,850.60 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.21 | 45,821.39 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.25 | 45,793.14 |
| 12/21/12 | 2 | Sharon A. Zalewski DBA Maxwell's Burgers 19571 Symeron Rd Apple Valley, CA 92307-4732 | DEPOSIT | 1110-000 | 1,500.00 | | 47,293.14 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.51 | 47,263.63 |
| 02/07/13 | 000101 | International Sureties, LTD Suite 420 701 Poydras St New Orleans, LA 70139 | BOND PER GENERAL ORDER 00-01 | 2300-000 | | 38.71 | 47,224.92 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.26 | 47,154.66 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 63.35 | 47,091.31 |
| 05/06/13 | 2 | Sharon A. Zalewski DBA Maxwell's Burgers 19571 Symeron Rd Apple Valley, CA 92307-4732 | DEPOSIT | 1110-000 | 2,000.00 | | 49,091.31 |
| 12/19/13 | 000102 | PHARIA, L.L.C. C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | | 7100-000 | | 972.01 | 48,119.30 |
| 12/19/13 | 000103 | American InfoSource LP as agent for Citibank N.A. PO Box 248840 Oklahoma City, OK 73124-8840 | | 7100-000 | | 1,256.93 | 46,862.37 |
| 12/19/13 | 000104 | Chase Bank USA, N.A. PO Box 15145 | | 7100-000 | | 1,280.70 | 45,581.67 |

Page Subtotals  49,378.88  3,797.21

UST Form 101-7-TDR (5/1/2011) (Page: 10)  Ver. 17.05

Page 2
Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-10949 -CAD
Case Name: ZAI E. JOSEPH S
Taxpayer ID No: *******6468
For Period Ending: 02/10/14

Trustee Name: Robert B. Katz, Trustee
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******6938 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/19/13 | 000105 | Wilmington, DE 19850-5145 Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | | | 7100-000 | | 893.48 | 44,688.19 |
| 12/19/13 | 000106 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | | | 7100-000 | | 155.81 | 44,532.38 |
| 12/19/13 | 000107 | Harris N.A. c/o Stitt, Klein, Daday, et a 2550 W. Golf Rd. Suite 250 Rolling Meadows, IL 60008 | | | 7100-000 | | 17,607.51 | 26,924.87 |
| 12/19/13 | 000108 | ROBERT B KATZ LAW OFFICES OF ROBERT B KATZ 53 W. JACKSON BLVD STE 1320 CHICAGO, IL 60604 | | | 2100-000 | | 5,750.29 | 21,174.58 |
| 12/19/13 | 000109 | DiMonte & Lizak, LLC 216 West Higgins Road Park Ridge, IL 60068 | Fees Expenses | 20,000.00 22.58 | 3210-000 3220-000 | | 20,022.58 | 1,152.00 |
| 12/19/13 | 000110 | Lois West Popowcer Katten, Ltd 35 E. Wacker Dr., Ste 1550 Chicago, IL 60601-2207 | | | 3410-000 | | 1,152.00 | 0.00 |

Page Subtotals 0.00 45,581.67

UST Form 101-7-TDR (5/1/2011) (Page 11)

Ver 17.05

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page 3
Exhibit 9

Case No: 10-10949 -CAD
Case Name: ZALE, JOSEPH S
Taxpayer ID No: ********6468
For Period Ending: 02/10/14

Trustee Name: Robert B Katz, Trustee
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******6938 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| | | | COLUMN TOTALS | | 49,378.88 | 49,378.88 | |
| | | | Less: Bank Transfers/CD's | | 45,878.88 | 0.00 | |
| | | | Subtotal | | 3,500.00 | 49,378.88 | |
| | | | Less Payments to Debtors | | | 0.00 | |
| | | | Net | | 3,500.00 | 49,378.88 | |

Page Subtotals    0.00    0.00

Ver 17.05

1FORM24    UST Form 101-7-TDR (5/1/2011) (Page 12)

Page 4
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-10949 -CAD
Case Name: ZALE, JOSEPH S
Taxpayer ID No: *******6468
For Period Ending: 02/10/14

Trustee Name: Robert B Katz, Trustee
Bank Name: BANK OF AMERICA
Account Number / CD #: *******2114 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/28/10 * | | Sharon A Zalewski 23705 Vanowen St #193 West Hills, CA 91307 | DEPOSIT | 1110-003 | 25,000.00 | | 25,000.00 |
| 10/29/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.04 | | 25,000.04 |
| 12/10/10 | 2 | Sharon A Zalewski DBA Maxwell's Burgers 19571 Symeron Rd Apple Valley, CA 92307-4732 | DEPOSIT | 1110-000 | 6,000.00 | | 31,000.04 |
| 12/31/10 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.09 | | 31,000.13 |
| 01/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.15 | | 31,000.28 |
| 02/04/11 | 000101 | International Sureties, Ltd Suite 420 701 Poydras St New Orleans, LA 70139 | Bond # 016026455 Chapter 7 Blanket Bond Illinois | 2300-000 | | 24.42 | 30,975.86 |
| 02/28/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 30,975.91 |
| 03/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 30,975.96 |
| 04/06/11 | 2 | Sharoon Zalewski | DEPOSIT | 1110-000 | 25,000.00 | | 55,975.96 |
| 04/07/11 * | | Sharon A Zalewski 23705 Vanowen St #193 West Hills, CA 91307 | REVERSED | 1110-003 | -25,000.00 | | 30,975.96 |
| 04/29/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.18 | | 30,976.14 |
| 05/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.27 | | 30,976.41 |
| 06/30/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.25 | | 30,976.66 |
| 07/19/11 | 2 | Sharon A Zalewski DBA Maxwell's Burgers 19571 Symeron Rd | DEPOSIT | 1110-000 | 4,000.00 | | 34,976.66 |
| | | | Page Subtotals | | 35,001.08 | 24.42 | |

LFORM2 UST Form 101-7-TDR (5/1/2011) (Page 13)

Ver 17.05

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No | 10-10949 -CAD | | | Trustee Name | Robert B Katz, Trustee | |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name | ZALE, JOSEPH S | | | Bank Name | BANK OF AMERICA | |
| | | | | Account Number / CD # | ******2114 Money Market Account (Interest Earn) | |
| Taxpayer ID No | ******6468 | | | | | |
| For Period Ending | 02/10/14 | | | Blanket Bond (per case limit) | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable) | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Apple Valley, CA 92307-4732 | | | | | |
| 07/29/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.26 | | 34,976.92 |
| 08/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.31 | | 34,977.23 |
| 09/30/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.29 | | 34,977.52 |
| 10/31/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.30 | | 34,977.82 |
| 10/31/11 | 13 | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 44.56 | 34,933.26 |
| 11/04/11 | 2 | Sharon A. Zalewski DBA Maxwell's Burgers 19571 Symeron Rd Apple Valley, CA 92307-4732 | DEPOSIT | 1110-000 | 5,000.00 | | 39,933.26 |
| 11/30/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.32 | | 39,933.58 |
| 11/30/11 | 13 | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 47.59 | 39,885.99 |
| 12/30/11 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,886.33 |
| 12/30/11 | 13 | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 49.17 | 39,837.16 |
| 01/31/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,837.50 |
| 01/31/12 | 13 | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 52.25 | 39,785.25 |
| 02/07/12 | 000102 | International Sureties Suite 420 701 Poydras St New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 35.11 | 39,750.14 |
| 02/29/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.32 | | 39,750.46 |
| 02/29/12 | 13 | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 47.26 | 39,703.20 |
| 03/27/12 | 2 | Sharon A. Zalewski 19571 Symeron Rd Apple Valled, CA 92307 | DEPOSIT | 1110-000 | 5,000.00 | | 44,703.20 |
| 03/30/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.34 | | 44,703.54 |
| 03/30/12 | 13 | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 48.82 | 44,654.72 |
| 04/30/12 | 13 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.37 | | 44,655.09 |
| 04/30/12 | 13 | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 56.32 | 44,598.77 |

Page Subtotals 10,003.19 381.08

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6
Exhibit 9

| Case No. | 10-10949 -CAD | Trustee Name | Robert B Katz, Trustee |
|---|---|---|---|
| Case Name | ZALE, JOSEPH S | Bank Name | BANK OF AMERICA |
| | | Account Number / CD # | *******2114 Money Market Account (Interest Earn |
| Taxpayer ID No | *******6468 | Blanket Bond (per case limit) | $ 5,000,000.00 |
| For Period Ending | 02/10/14 | Separate Bond (if applicable) | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.38 | | 44,599.15 |
| 05/31/12 | 13 | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 56.66 | 44,542.49 |
| 06/29/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.36 | | 44,542.85 |
| 06/29/12 | 13 | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 52.94 | 44,489.91 |
| 07/31/12 | 13 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.38 | | 44,490.29 |
| 07/31/12 | 13 | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 58.35 | 44,431.94 |
| 08/15/12 | 2 | Sharon A. Zalewski DBA Maxwell's Burgers 19571 Symeron Rd Apple Valley, CA 92307-4732 | DEPOSIT | 1110-000 | 1,500.00 | | 45,931.94 |
| 08/30/12 | 13 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.36 | | 45,932.30 |
| 08/30/12 | 13 | BANK OF AMERICA 901 MAIN STREET 10TH FLOOR DALLAS TX 75283 | BANK FEES | 2600-000 | | 53.42 | 45,878.88 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 45,878.88 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 46,505.75 | 46,505.75 |
| Less  Bank Transfers/CD's | | 0.00 | 45,878.88 |
| Subtotal | | 46,505.75 | 626.87 |
| Less  Payments to Debtors | | | 0.00 |
| Net | | 46,505.75 | 626.87 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *********6938 | 3,500.00 | 49,378.88 | 0.00 |
| Money Market Account (Interest Earn - *********2114 | 46,505.75 | 626.87 | 0.00 |
| | 50,005.75 | 50,005.75 | 0.00 |
| | (Excludes Account | (Excludes Payments | Total Funds |
| Page Subtotals | 1,501.48 | 46,100.25 | |

Ver 17.05

Page 7
Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No | 10-10949 -CAD |
|---|---|
| Case Name | ZAI E. JOSEPH S |
| Taxpayer ID No | \*\*\*\*\*\*\*6468 |
| For Period Ending | 02/10/14 |

| Trustee Name | Robert B Katz, Trustee |
|---|---|
| Bank Name | BANK OF AMERICA |
| Account Number / CD # | \*\*\*\*\*\*\*2114 Money Market Account (Interest Earn |
| Blanket Bond (per case limit) | $ 5,000,000.00 |
| Separate Bond (if applicable) | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - \*\*\*\*\*\*\*\*6938 | | Transfers) | To Debtors) | On Hand |
| | | | Money Market Account (Interest Earn - \*\*\*\*\*\*\*\*2114 | | | | |

Trustee's Signature  /s/ Robert B Katz, Trustee  Date 02/10/14
ROBERT B KATZ, TRUSTEE

| | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

Ver 17.05